UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
L.I.S.T., INC., On Behalf of Itself and All Others Similarly Situated

                         Plaintiffs,

- v -

VEECO INSTRUMENTS, INC., EDWARD H. BRAUN, JOHN F. REIN, JR.
                       Defendants.
------------------------------------------- x

05 CV 2189

JUDGE McMAHON

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 [Formally Local General Rule 9] of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff L.I.S.T., INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries, of said party which are publicly held: None.

Dated: New York, New York
       February 15, 2005

GOODKIND LABATON RUDOFF & SUCHAROW LLP

By: _____
Christopher J. Keller (CK-2347)
GOODKIND LABATON RUDOFF
& SUCHAROW LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
*Attorneys for Plaintiff*