DISTRICT___ COURT OF THE UNITED STATES

SOUTHERN DISTRICT OF NEW YORK

L.I.S.T., INC.,; ET AL

**Petitioner (s)**
**Plaintiff (s)**

~ vs ~

VEECO INSTRUMENTS, INC.; ET AL

**Defendant (s)**
**Respondent (s)**

Trans #: 20051305
File #:
Index #: 05 CV 2189
File:   Court Date:
Mort #:

---

STATE OF NEW YORK: COUNTY OF __SUFFOLK__ : SS:

DONALD J. KLUNE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on __March 18__, __2005__ at __10:58 am__, at __100 SUNNYSIDE BLVD., STE. B, WOODBURY, NY 11797__

deponent served the within __SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.0 STATEMENT; ET AL__ on

__JOHN F. REIN, JR.__ defendant therein named.

**INDIVIDUAL**
1 ☐
By personally delivering to and leaving with said _____ a true copy thereof,
and that he knew the person so served mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☐
By delivering to and leaving with _____ at _____
_____, and that he knew the person so served to be the _____
of the corporation, authorized to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON**
3 ☒
By delivering a true copy thereof to and leaving with __MARGARET AKERLEY, CO-WORKER__, a person of suitable age and discretion at __100 SUNNYSIDE BLVD., STE. B, WOODBURY, NY 11797__, the said premise being the defendants – respondents (dwelling place) (usual place of abode) (place of business) within the state of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐
By affixing a true copy thereof to the door of the said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☒
Deponent completed service under the last two sections by having a true copy of the __ABOVE STATED DOCUMENTS__ deposited in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on __March 18__, __2005__ TO THE ABOVE ADDRESS
First Class Mail in an envelope bearing the legend "PERSONAL & CONFIDENTIAL" and not indicate on the outside the

**PREVIOUS ATTEMPTS Use with 4**
6 ☐
Deponent had previously attempted to serve the above named defendant/respondent.
of, by return address or otherwise, that it was from an Attorney or concerned an action against those served.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age __35__   Approximate weight __140__   Approximate height __5' 7"__   Sex __FEMALE__

Color of skin __WHITE__   Color of Hair __BLOND__   Other _____

☒ Deponent spoke with person served who confirmed non-military status of the defendant. Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this   3/19/2005

DONALD J. KLUNE

**VINCENT J. GILLIS**
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2007