UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
L.I.S.T., INC., Individually and On Behalf of Itself
and All Others Similarly Situated,

                Plaintiff,

  - v. -

VEECO INSTRUMENTS, INC., EDWARD H.
BRAUN and JOHN F. REIN, JR.,

                Defendants.
------------------------------------------------------------------x

Civil Action No.:05-CV-2189 (CM)

Judge Colleen McMahon

*(Additional captions on following pages)*

**MOTION OF RATAN LALCHANDANI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

```
---------------------------------------------------------------x
ROY P. KERSHAW, Individually and On Behalf of   :
All Others Similarly Situated,                  :   Civil Action No.: 05-CV-2929 (CM)
                                                :
                                                :   Judge Colleen McMahon
                Plaintiff,                      :
                                                :
    - v. -                                      :
                                                :
VEECO INSTRUMENTS, INC., EDWARD H.              :
BRAUN and JOHN F. REIN, JR.,                    :
                                                :
                Defendants.                     :
---------------------------------------------------------------x
```

Ratan LalChandani ("Movant" or "LalChandani") hereby respectfully moves this Honorable Court to issue an order pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Rule 42 of the Federal Rules of Civil Procedure: (i) consolidating the above-captioned related actions, (ii) appointing Movant as Lead Plaintiff in the consolidated action, and (iii) approving Movant's selection of Goodkind Labaton Rudoff & Sucharow LLP and Schatz & Nobel P.C. as Co-Lead Counsel for the class.

The grounds for this motion are stated in the Memorandum of Law in support of this Motion, and the Declaration of Christopher Keller with exhibits.

A copy of this Motion has been sent to all parties on the attached proof of service.

Dated:  April 18, 2005

    Respectfully submitted,

**GOODKIND LABATON RUDOFF
& SUCHAROW LLP**

<u>s/ Christopher Keller</u>
Jonathan Plasse (JP-7515)
Christopher J. Keller (CK-2347)
Shelley Thompson (MT-4109)
100 Park Avenue
New York, New York  10017
Tel:  (212) 907-0700
Fax:  (212) 818-0477

Andrew Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.: 860-493-6292
Fax:  860-493-6290

*Attorneys for Movant and
Proposed Co-Lead Counsel for the Class*

622766