UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
L.I.S.T., INC., Individually and On Behalf of Itself
and All Others Similarly Situated,

                    Plaintiff,

   - v. -

VEECO INSTRUMENTS, INC., EDWARD H.
BRAUN and JOHN F. REIN, JR.,

                    Defendants.
------------------------------------------------------------------x

Civil Action No.:05-CV-2189 (CM)

Judge Colleen McMahon

*(Additional captions on following pages)*

**DECLARATION OF CHRISTOPHER KELLER IN SUPPORT OF MOTION OF RATAN LALCHANDANI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

```
-----------------------------------------------------------------x
ROY P. KERSHAW, Individually and On Behalf of    :
All Others Similarly Situated,                   :   Civil Action No.: 05-CV-2929 (CM)
                                                 :
                                                 :   Judge Colleen McMahon
                      Plaintiff,                 :
                                                 :
      - v. -                                     :
                                                 :
VEECO INSTRUMENTS, INC., EDWARD H.               :
BRAUN and JOHN F. REIN, JR.,                     :
                                                 :
                      Defendants.                :
-----------------------------------------------------------------x
```

CHRISTOPHER KELLER hereby declares as follows:

1. I am a partner with the law firm of Goodkind Labaton Rudoff & Sucharow LLP, counsel for Ratan LalChandani ( "Movant" or "LalChandani").

2. I respectfully submit this declaration in support of LalChandani's motion for consolidation of the related actions, appointment of Movant as Lead Plaintiff, and approval of the selection of the firm of Goodkind Labaton Rudoff & Sucharow LLP and Schatz & Nobel P.C. as Co-Lead Counsel.

3. Annexed hereto as Exhibit A is a true and correct copy of the certification and loss analysis of Mr. LalChandani.

4. Annexed hereto as Exhibit B is a true and correct copy of the February 15, 2005 notice of filing a class action against Veeco Instruments, Inc. ("Veeco" or the "Company").

5. Annexed hereto as Exhibit C is a true and correct copy of the firm resumes of Goodkind Labaton Rudoff & Sucharow LLP and Schatz & Nobel P.C.

I declare, under penalty of perjury, this 18th day of April, 2005.

s/ Christopher Keller
Christopher J. Keller (CK-2347)

622763