UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.I.S.T., INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>Defendants. | Case No. 7:05-CV-02189 (CM) |
| ROY P. KERSHAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>Defendants. | Case No. 7:05-CV-02929 (CM) |

**NOTICE OF FILING**

Please take notice that the undersigned has filed on behalf of class member, the Steelworkers Pension Trust ("Steelworkers"), a Motion For Consolidation, For Appointment Of The Steelworkers As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel (the "Motion"), pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq., in the United States District Court for the Eastern District of New York, where eight actions related to the above-captioned actions are pending. This Notice of Filing incorporates the Motion by reference as if filed in this District.

DATED: April 18, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: /s/ Peter E. Seidman
Steven G. Schulman (SS-2561)
Peter E. Seidman (PS-8769)
Sharon M. Lee (SL-5612)
One Pennsylvania Plaza - 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**Proposed Liaison Counsel**

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Phyllis M. Parker
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

**Proposed Lead Counsel**

**CERTIFICATE OF SERVICE**

I, Sharon M. Lee, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that I caused a true and correct copy of the following to be served by regular U.S. Mail to all parties listed on the attached service list on this 18th day of April 2005.

1. **NOTICE OF FILING**

Sharon M. Lee

**SERVICE LIST**

| ***Counsel for Actions Pending in E.D.N.Y.*** | |
|---|---|
| Evan J. Smith, Esq.<br>Marc L. Ackerman, Esq.<br>**BRODSKY & SMITH, LLC**<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>Tel: (516) 741-4977<br>Fax: (610) 667-9029<br>Email: Esmith@brodsky-Smith.com<br><br>***Counsel for Plaintiff Andrew McIntosh*** | Marc A. Topaz, Esq.<br>Richard A. Maniskas, Esq.<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Rd.<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (610) 617-7056<br><br>***Counsel for Plaintiff Andrew McIntosh*** |
| Marc C. Gardy, Esq.<br>**ABBEY GARDY, LLP**<br>212 East 39th Street<br>New York, NY 10016<br>Tel: (212) 889-3700<br>Fax: (212) 684-5191<br>Email: Mgardy@abbeygardy.com<br><br>***Counsel for Plaintiff Barry Linzer*** | Samuel H. Rudman, Esq.<br>David H. Rosenfeld, Esq.<br>Mario Alba, Jr., Esq.<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>200 Broadhollow Road., Suite 406<br>Melville, NY 11747<br>Tel.: (631) 367-7100<br>Fax: (631) 367-1173<br>Email: Drosenfeld@lerachlaw.com<br><br>***Counsel for Plaintiff Bruce Kantor*** |
| Charles J. Piven, Esq.<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center Baltimore<br>Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202<br>Tel: (410) 332-0030<br>Fax: (410) 685-1300<br><br>***Counsel for Plaintiff George Walker*** | Catherine A. Torell, Esq.<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022-6017<br>Tel: (212) 838-7797<br>Fax: (212) 838-7745<br>Email: Ctorell@cmht.com<br><br>***Counsel for Plaintiff Phillip G. Collins*** |

| | |
|---|---|
| Steven J. Toll, Esq.<br>Daniel S. Sommers, Esq.<br>Julie Goldsmith Reiser, Esq.<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, D.C. 20005-3964<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>Email: Stoll@cmht.com<br><br>***Counsel for Plaintiff Phillip G. Collins*** | Fred T. Isquith, Esq.<br>Christopher S. Hinton, Esq.<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue, 11th Floor<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Fax: (212) 545-4653<br>Email: Isquith@whafh.com<br><br>***Counsel for Plaintiff Servaas Holthuizen*** |
| Brian M. Felgoise, Esq.<br>**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**<br>261 Old York Road - Suite 423<br>Jenkintown, PA 19046<br>Tel: (215) 886-1900<br>Fax: (215) 886-1909<br>Email: FelgoiseLaw@aol.com<br><br>***Counsel for Plaintiff Servaas Holthuizen*** | Marc Henzel, Esq.<br>**LAW OFFICES OF MARC HENZEL**<br>273 Montgomery Avenue, Suite 202<br>Bala Cynwd, PA 19004<br>Tel: (610) 660-8000<br>Fax: (610) 660-8080<br>Email: mhenzel182@aol.com<br><br>***Counsel for Plaintiff Servaas Holthuizen*** |
| Jules Brody, Esq.<br>Aaron Brody, Esq.<br>Tzvia Brody, Esq.<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel: (212) 687-7230<br>Fax: (212) 490-2022<br>Email: Ssbny@aol.com<br><br>***Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt*** | Joseph H. Weiss, Esq.<br>**WEISS & LURIE**<br>551 Fifth Avenue<br>New York, NY 10176<br>Tel: (212) 682-3025<br>Fax: (212) 682-3010<br><br>***Counsel for Plaintiffs Gerald J. Vogt and Eleanor L. Vogt*** |
| Curtis V. Trinko, Esq.<br>**LAW OFFICES OF CURTIS V. TRINKO, LLP**<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Tel: (212) 490-9550<br>Fax: (212) 986-0158<br>Email: Ctrinko@trinko.com<br><br>***Counsel for Plaintiff Timothy Joe Grove*** | Alfred G. Yates, Esq.<br>**LAW OFFICES OF ALFRED G. YATES, JR.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel: (412) 391-5164<br>Fax: (412) 471-1033<br>Email: Yateslaw@aol.com<br><br>***Counsel for Plaintiff Timothy Joe Grove*** |

| ***Counsel for Actions Pending in S.D.N.Y.*** | |
|---|---|
| Jonathan M. Plasse, Esq.<br>Christopher J. Keller, Esq.<br>Shelly Thompson, Esq.<br>**GOODKIND LABATON RUDOFF & SUCHAROW LLP**<br>100 Park Avenue<br>New York, NY 10017-5563<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: jplasse@glrslaw.com<br><br>***Counsel for Plaintiff L.I.S.T., Inc. - No. 05-cv-2189 (S.D.N.Y.)*** | Eric J. Belfi, Esq.<br>**MURRAY, FRANK & SAILOR LLP**<br>275 Madison Avenue, 8th Floor<br>New York, NY 10016<br>Tel: (212) 682-1818<br>Fax: (212) 682-1892<br>Email: ebelfi@murrayfrank.com<br><br>***Counsel for Plaintiff Roy P. Kershaw - No. 05-cv-2929 (S.D.N.Y.)*** |

| Robert F. Serio, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue, 47th Floor<br>New York, NY 10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>Email: rserio@gibsondunn.com<br><br>***Counsel for Defendants Veeco Instruments, Inc., Edward H. Braun, and John F. Rein, Jr.*** | |
|---|---|