# EXHIBIT A

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

NECA-IBEW PENSION FUND (THE DECATUR PLAN) ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) During the three years prior to the date of this Certificate, Plaintiff has served as a representative party for a class in the following actions filed under the federal securities laws:

*Sved v. Matrixx Initiatives Inc., et al.*, No. 04-0886-PHX-DKD (D. Ariz.)
*In re TECO Energy, Inc. Sec. Litig.*, No. 8:04-cv-01948-T-27EAJ (M.D. Fla.)
*Nowak v. Nassda Corporation, et al.*, No. C-04-2942-SI (N.D. Cal.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws, but either withdrew its application or its application was denied in favor of other investors with more significant losses:

*In re OmniVision Technologies, Inc. Sec. Litig.*, No. C-04-2297-SC (N.D. Cal.)
*In re Wireless Facilities, Inc. Sec. Litig.*, No. 04-CV-1589-JAH(NLS) (S.D. Cal.)
*Serafimov v. Netopia, Inc., et al.*, No. C-04-3364-RMW(EAI) (N.D. Cal.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of March, 2005.

NECA-IBEW PENSION FUND (THE DECATUR PLAN)

By: _____

Its: _Administrator_

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 07/29/2004 | 5,637 | $21.40 |
| 07/30/2004 | 2,075 | $22.95 |
| 09/13/2004 | 529 | $21.64 |
| 09/14/2004 | 352 | $21.68 |
| 10/21/2004 | 1,078 | $18.53 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 01/24/2005 | 6,351 | $17.24 |
| 01/25/2005 | 2,500 | $17.23 |
| 01/26/2005 | 820 | $17.11 |