# EXHIBIT B

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| NECA-IBEW Pension Fund (The Decatur Plan) | 07/29/2004 | 5,637 | $21.40 | $120,626.16 | 01/24/2005 | 6,351 | $17.24 | $109,491.24 | |
| NECA-IBEW Pension Fund (The Decatur Plan) | 07/30/2004 | 2,075 | $22.95 | $47,619.18 | 01/25/2005 | 2,500 | $17.23 | $43,067.50 | |
| NECA-IBEW Pension Fund (The Decatur Plan) | 09/13/2004 | 529 | $21.64 | $11,449.68 | 01/26/2005 | 820 | $17.11 | $14,032.66 | |
| NECA-IBEW Pension Fund (The Decatur Plan) | 09/14/2004 | 352 | $21.68 | $7,631.71 | | | | | |
| NECA-IBEW Pension Fund (The Decatur Plan) | 10/21/2004 | 1,078 | $18.53 | $19,972.11 | | | | | |
| | | | | | | | | | |
| **Movant's Total** | | 9,671 | | $207,298.83 | | 9,671 | | $166,591.40 | ($40,707.43) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $14.88 as of April 15, 2005.