UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
L.I.S.T., Inc., On Behalf of Itself and           :
All Others Similarly Situated,                    :      05 CV 2189 (CM)
                                                  :
                    Plaintiffs,                   :
                                                  :
          vs.                                     :
                                                  :
VEECO INSTRUMENTS, INC., EDWARD                   :
BRAUN, and JOHN REIN, JR.,                        :
                                                  :
                    Defendants.                   :
---------------------------------------------------------------X
[Additional Caption Set Forth Below]


**DECLARATION OF AARON L. BRODY IN SUPPORT OF THE MOTION
OF THE CAPITANIO GROUP FOR CONSOLIDATION, APPOINTMENT AS
<u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

```
---------------------------------------------------------------X
ROY P. KERSHAW, Individually and On Behalf    :
of All Others Similarly Situated,             :      05 CV 2189 (CM)
                                              :
                  Plaintiffs,                 :
                                              :
         vs.                                  :
                                              :
VEECO INSTRUMENTS, INC., EDWARD               :
BRAUN, and JOHN REIN, JR.,                    :
                                              :
                  Defendants.                 :
---------------------------------------------------------------X
```

I, Aaron L. Brody, hereby declare:

1. I am an attorney at the law firm of Stull, Stull & Brody. I submit this Declaration in support of the motion of the Capitanio Group for appointment as Lead Plaintiff and approval of their selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice published over PR Newswire on February 15, 2005.

3. Attached hereto as Exhibit B are true and correct copies of the plaintiffs' certifications executed by the Capitanio Group, demonstrating their class standing and requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit C is a chart summarizing the transactions of the Capitanio Group in Veeco Instruments, Inc. common stock during the Class Period.

5. Attached hereto as Exhibit D is a true and correct copy of Stull, Stull & Brody's firm résumé.

Executed on this 18th day of April, 2005.

                                                          /s/ Aaron Brody
                                                          Aaron L. Brody