**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW MCINTOSH, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>VEECO INSTRUMENTS, INC., EDWARD BRAUN and JOHN REIN, JR.,<br><br>                    Defendants. | Civil Action No. 2:05-cv-889 (LDW) |
| BARRY LINZER, On behalf himself and all others similarly situated,<br><br>                    Plaintiff<br><br>        v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>                    Defendants. | Civil Action No. 2:05-cv-957 (DRH) |

[*Captions continued on the following page*]

**DECLARATION OF PETER E. SEIDMAN IN FURTHER SUPPORT
OF MOTION BY THE STEELWORKERS PENSION TRUST
FOR CONSOLIDATION, FOR ITS APPOINTMENT AS LEAD PLAINTIFF AND FOR
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND
<u>LIAISON COUNSEL</u>**

| | |
|---|---|
| BRUCE KANTOR, On behalf himself and all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>         Defendants. | Civil Action No. 2:05-cv-967 (LDW) |
| GEORGE WALKER, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD BRAUN and JOHN REIN, JR.,<br><br>         Defendants. | Civil Action No. 2:05-cv-1003 (JS) |
| PHILLIP G. COLLINS, On behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>         Defendants. | Civil Action No. 2:05-cv-1277 (LDW) |

[*Captions continued on the following page*]

| | |
|---|---|
| SERVAAS HOLTHUIZEN, Individually and on behalf of all others similarly situated,  :<br>:<br>:<br>                Plaintiff,  :<br>:<br>    v.  :<br>:<br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,  :<br>:<br>                Defendants.  : | Civil Action No. 2:05-cv-1337 (LDW) |
| GERALD J. VOGT and ELEANOR L. VOGT, On behalf of themselves and all others similarly situated,  :<br>:<br>:<br>                Plaintiffs,  :<br>:<br>    v.  :<br>:<br>VEECO INSTRUMENTS, INC., EDWARD BRAUN and JOHN REIN, JR.,  :<br>:<br>                Defendants.  : | Civil Action No. 2:05-cv-1430 (LDW) |
| TIMOTHY JOE GROVE, On behalf of himself and all others similarly situated,  :<br>:<br>:<br>                Plaintiff,  :<br>:<br>    v.  :<br>:<br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,  :<br>:<br>                Defendants.  : | Civil Action No. 2:05-cv-1552 (LDW) |

Peter E. Seidman, hereby declares as follows:

1. I am a partner at the law firm of Milberg Weiss Bershad & Schulman LLP and I submit this Declaration in Further Support of the Motion of Steelworkers Pension Trust for Consolidation, for Its Appointment as Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel.

2. Attached hereto as Exhibits are true and correct copies of the following:

| **Exhibit No.** | **Description** |
|---|---|
| A | Charts analyzing the Steel Workers Pension Trust's financial interest in the litigation. |
| B | Chart analyzing Veeco Instrument, Inc.'s stock price during the class period. |
| C | A press release issued by Veeco Instruments Inc. on *PR Newswire* on October 12, 2004. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 2nd day of May, 2005.

                                               /s/ Peter E. Seidman
                                               Peter E. Seidman