# Exhibit B

VECO Equity

| Date | Px Low | Px High | Px Last | Px Volume |
|---|---|---|---|---|
| 11/3/2003 | 25.51 | 26.47 | 26.39 | 381769 |
| 11/4/2003 | 26.2 | 27.72 | 27 | 822511 |
| 11/5/2003 | 25.94 | 27.09 | 26.82 | 454945 |
| 11/6/2003 | 26.42 | 27.29 | 26.98 | 689198 |
| 11/7/2003 | 26.89 | 27.37 | 26.93 | 305727 |
| 11/10/2003 | 26.1 | 26.94 | 26.25 | 235703 |
| 11/11/2003 | 25.5 | 26.35 | 25.93 | 331475 |
| 11/12/2003 | 25.89 | 27.34 | 27.33 | 414264 |
| 11/13/2003 | 27 | 27.94 | 27.41 | 424228 |
| 11/14/2003 | 26.25 | 27.75 | 26.27 | 387345 |
| 11/17/2003 | 25.59 | 26.28 | 26.1 | 364214 |
| 11/18/2003 | 25.86 | 26.81 | 25.9 | 466607 |
| 11/19/2003 | 25.91 | 27.03 | 26.9 | 452936 |
| 11/20/2003 | 27.42 | 29.7 | 28.66 | 1375637 |
| 11/21/2003 | 28.33 | 29.28 | 28.65 | 562846 |
| 11/24/2003 | 28.6 | 29.35 | 29.33 | 471019 |
| 11/25/2003 | 28.61 | 29.7 | 29.2 | 591168 |
| 11/26/2003 | 28.09 | 30.23 | 29.07 | 803770 |
| 11/28/2003 | 28.98 | 29.5 | 29.5 | 111906 |
| 12/1/2003 | 29.06 | 30.14 | 29.41 | 351625 |
| 12/2/2003 | 29.1 | 29.65 | 29.19 | 302108 |
| 12/3/2003 | 28.62 | 30.25 | 28.68 | 462517 |
| 12/4/2003 | 27.4 | 28.69 | 27.98 | 508081 |
| 12/5/2003 | 26.6 | 27.25 | 26.9 | 563431 |
| 12/8/2003 | 26.215 | 27.32 | 26.75 | 376906 |
| 12/9/2003 | 25.44 | 27.1 | 25.48 | 509455 |
| 12/10/2003 | 25.3 | 26.36 | 25.75 | 360282 |
| 12/11/2003 | 25.7 | 27.23 | 27.07 | 374310 |
| 12/12/2003 | 26.59 | 27.7 | 27.61 | 473092 |
| 12/15/2003 | 26.71 | 28.63 | 26.9 | 971182 |
| 12/16/2003 | 25.84 | 26.82 | 26.68 | 410134 |
| 12/17/2003 | 25.95 | 26.77 | 26.35 | 160206 |
| 12/18/2003 | 26.3 | 27.52 | 27.44 | 253627 |
| 12/19/2003 | 26.75 | 27.75 | 27.1 | 382806 |
| 12/22/2003 | 26.85 | 27.52 | 27.45 | 199155 |
| 12/23/2003 | 27.33 | 28.05 | 28 | 188664 |
| 12/24/2003 | 27.57 | 28.24 | 27.596 | 128852 |
| 12/26/2003 | 27.68 | 28.36 | 28.12 | 116124 |
| 12/29/2003 | 28 | 28.79 | 28.73 | 291659 |
| 12/30/2003 | 28.41 | 29.02 | 28.79 | 268116 |
| 12/31/2003 | 28.16 | 29.2 | 28.16 | 243853 |
| 1/2/2004 | 28.16 | 28.95 | 28.35 | 254259 |
| 1/5/2004 | 29.125 | 31 | 30.78 | 676016 |
| 1/6/2004 | 30.91 | 31.9 | 31.2 | 753862 |
| 1/7/2004 | 30.14 | 31.47 | 30.92 | 899704 |
| 1/8/2004 | 30.95 | 31.74 | 31.25 | 496717 |
| 1/9/2004 | 30.6 | 31.68 | 30.76 | 541966 |
| 1/12/2004 | 30.56 | 31.097 | 31.06 | 427401 |
| 1/13/2004 | 30.18 | 31.94 | 30.8 | 652104 |
| 1/14/2004 | 30.54 | 31.09 | 30.86 | 250366 |

| Date | Open | High | Close | Volume |
|---|---|---|---|---|
| 1/15/2004 | 30.05 | 31.39 | 30.9 | 438602 |
| 1/16/2004 | 31.56 | 33.4 | 32.83 | 1900797 |
| 1/20/2004 | 32.9 | 34.4 | 34.01 | 1114205 |
| 1/21/2004 | 32.2 | 33.67 | 33.19 | 635944 |
| 1/22/2004 | 31.78 | 33.75 | 31.84 | 608204 |
| 1/23/2004 | 31.1 | 33.19 | 32.76 | 897482 |
| 1/26/2004 | 30.27 | 32.3 | 31.24 | 1647358 |
| 1/27/2004 | 30.65 | 31.77 | 31.56 | 762451 |
| 1/28/2004 | 30.16 | 32.44 | 30.4 | 809304 |
| 1/29/2004 | 28.445 | 30.34 | 29.1 | 1244936 |
| 1/30/2004 | 29.07 | 30.31 | 30.1 | 557620 |
| 2/2/2004 | 29.77 | 30.75 | 29.8 | 682600 |
| 2/3/2004 | 28.66 | 29.93 | 28.72 | 626137 |
| 2/4/2004 | 27.03 | 28.55 | 27.2 | 806520 |
| 2/5/2004 | 27.04 | 28.22 | 27.44 | 887242 |
| 2/6/2004 | 28.21 | 30.93 | 30.489 | 2056051 |
| 2/9/2004 | 30.69 | 32.38 | 31.86 | 1221210 |
| 2/10/2004 | 30.6 | 32.21 | 31.83 | 1253775 |
| 2/11/2004 | 31.55 | 32.36 | 32.08 | 571922 |
| 2/12/2004 | 31.86 | 32.74 | 32.56 | 721851 |
| 2/13/2004 | 31.66 | 32.8 | 32 | 483004 |
| 2/17/2004 | 32.11 | 32.64 | 32.59 | 676848 |
| 2/18/2004 | 32.51 | 33.25 | 32.91 | 505207 |
| 2/19/2004 | 31.85 | 33.51 | 31.99 | 644782 |
| 2/20/2004 | 30 | 32 | 31.23 | 720394 |
| 2/23/2004 | 29.77 | 31.32 | 30 | 738743 |
| 2/24/2004 | 29.27 | 30.1 | 29.67 | 587890 |
| 2/25/2004 | 28.6 | 29.85 | 29.39 | 829187 |
| 2/26/2004 | 28.84 | 30.19 | 29.77 | 573059 |
| 2/27/2004 | 28.81 | 30.29 | 29.17 | 566980 |
| 3/1/2004 | 28.82 | 30.4 | 30.24 | 438084 |
| 3/2/2004 | 30.14 | 30.99 | 30.34 | 602289 |
| 3/3/2004 | 29.42 | 30.49 | 29.7 | 329386 |
| 3/4/2004 | 29.52 | 30.18 | 30.18 | 227364 |
| 3/5/2004 | 29.36 | 30.25 | 29.68 | 272872 |
| 3/8/2004 | 28.52 | 30.17 | 28.6 | 532406 |
| 3/9/2004 | 27.42 | 28.7 | 27.66 | 603309 |
| 3/10/2004 | 26.6 | 27.89 | 26.7 | 749216 |
| 3/11/2004 | 26.1 | 27.4 | 26.25 | 903458 |
| 3/12/2004 | 26.35 | 27.18 | 27.02 | 325174 |
| 3/15/2004 | 25.75 | 27.19 | 25.8 | 563518 |
| 3/16/2004 | 24.84 | 26.58 | 25.59 | 897370 |
| 3/17/2004 | 25.78 | 26.89 | 26.59 | 555614 |
| 3/18/2004 | 25.88 | 27.3 | 26.72 | 595992 |
| 3/19/2004 | 25.65 | 26.76 | 25.83 | 400894 |
| 3/22/2004 | 24.7 | 25.7 | 24.9 | 554246 |
| 3/23/2004 | 25.3 | 26.34 | 25.33 | 1165301 |
| 3/24/2004 | 25.33 | 25.96 | 25.65 | 633146 |
| 3/25/2004 | 25.9 | 28.6 | 28.12 | 2042967 |
| 3/26/2004 | 27.73 | 28.74 | 27.93 | 629991 |
| 3/29/2004 | 27.93 | 28.83 | 28.24 | 538850 |
| 3/30/2004 | 27.8 | 28.31 | 28.25 | 399605 |

| Date | | | | |
|---|---|---|---|---|
| 3/31/2004 | 27.87 | 29.08 | 28.06 | 434896 |
| 4/1/2004 | 28.16 | 30.13 | 29.83 | 1074653 |
| 4/2/2004 | 30.26 | 31.1 | 30.74 | 835546 |
| 4/5/2004 | 30.75 | 31.51 | 31.5 | 578682 |
| 4/6/2004 | 30.76 | 31.65 | 30.85 | 802183 |
| 4/7/2004 | 30.12 | 31.37 | 30.99 | 518422 |
| 4/8/2004 | 30.52 | 31.5 | 30.71 | 405056 |
| 4/12/2004 | 30.22 | 31.04 | 30.73 | 444126 |
| 4/13/2004 | 29.3 | 30.95 | 29.8 | 435957 |
| 4/14/2004 | 29.14 | 30.48 | 29.37 | 605229 |
| 4/15/2004 | 28.05 | 29.58 | 28.15 | 1006672 |
| 4/16/2004 | 27.15 | 28.05 | 27.649 | 524035 |
| 4/19/2004 | 27.4 | 28.17 | 27.97 | 408505 |
| 4/20/2004 | 27.33 | 28.64 | 27.4 | 402388 |
| 4/21/2004 | 27.5 | 28.46 | 27.98 | 521869 |
| 4/22/2004 | 26.6 | 27.7 | 26.84 | 1135344 |
| 4/23/2004 | 26.74 | 27.88 | 27.43 | 612347 |
| 4/26/2004 | 26.05 | 27.61 | 26.74 | 1568431 |
| 4/27/2004 | 25.44 | 26.65 | 25.44 | 1423312 |
| 4/28/2004 | 25 | 25.69 | 25.13 | 814387 |
| 4/29/2004 | 23.14 | 25.06 | 23.35 | 1577830 |
| 4/30/2004 | 22.62 | 23.74 | 22.75 | 992925 |
| 5/3/2004 | 22.9 | 24.05 | 23.28 | 996048 |
| 5/4/2004 | 23.3 | 24.39 | 23.97 | 661934 |
| 5/5/2004 | 23.78 | 24.49 | 24.1 | 386628 |
| 5/6/2004 | 23.32 | 24.24 | 23.98 | 520219 |
| 5/7/2004 | 23.85 | 25.08 | 24 | 630697 |
| 5/10/2004 | 23.15 | 24.3 | 23.77 | 783074 |
| 5/11/2004 | 23.99 | 24.85 | 24.83 | 521896 |
| 5/12/2004 | 23.21 | 25.07 | 24.46 | 699795 |
| 5/13/2004 | 23.75 | 24.56 | 24 | 450368 |
| 5/14/2004 | 23.5 | 24.35 | 23.81 | 276336 |
| 5/17/2004 | 23.17 | 23.78 | 23.19 | 303352 |
| 5/18/2004 | 23.37 | 23.9 | 23.65 | 255866 |
| 5/19/2004 | 23.45 | 24.9 | 23.54 | 594442 |
| 5/20/2004 | 23.17 | 23.87 | 23.55 | 458526 |
| 5/21/2004 | 23.6 | 24.3 | 24.05 | 535247 |
| 5/24/2004 | 24.19 | 24.7 | 24.35 | 292198 |
| 5/25/2004 | 24.08 | 25.3 | 25.29 | 590729 |
| 5/26/2004 | 24.8 | 26.02 | 25.98 | 585176 |
| 5/27/2004 | 25.2 | 26.03 | 25.6 | 626319 |
| 5/28/2004 | 25.3 | 25.84 | 25.83 | 301528 |
| 6/1/2004 | 25.5 | 26.19 | 26.11 | 344423 |
| 6/2/2004 | 25.08 | 26.18 | 25.32 | 398903 |
| 6/3/2004 | 24.28 | 25.38 | 24.38 | 381137 |
| 6/4/2004 | 24.57 | 25.52 | 25.22 | 309948 |
| 6/7/2004 | 25.29 | 26.02 | 26.02 | 279063 |
| 6/8/2004 | 25.45 | 26.48 | 26.31 | 511013 |
| 6/9/2004 | 25.2 | 26.18 | 25.41 | 674559 |
| 6/10/2004 | 24.52 | 25.87 | 24.89 | 474504 |
| 6/14/2004 | 24.3 | 24.9 | 24.3 | 448997 |
| 6/15/2004 | 24.6 | 25.43 | 25 | 315943 |

| Date | | | | |
|---|---|---|---|---|
| 6/16/2004 | 24.36 | 25.34 | 24.47 | 605777 |
| 6/17/2004 | 23.5 | 24.59 | 23.72 | 392282 |
| 6/18/2004 | 23.06 | 24.33 | 23.59 | 592129 |
| 6/21/2004 | 23.35 | 23.91 | 23.45 | 340605 |
| 6/22/2004 | 23.28 | 24.24 | 24.02 | 484875 |
| 6/23/2004 | 23.55 | 24.95 | 24.77 | 538407 |
| 6/24/2004 | 24.16 | 25.08 | 24.51 | 402789 |
| 6/25/2004 | 24.35 | 25.205 | 25.19 | 537321 |
| 6/28/2004 | 24.3 | 25.69 | 24.46 | 375745 |
| 6/29/2004 | 24.21 | 25.47 | 25.4 | 440152 |
| 6/30/2004 | 25.3 | 26.02 | 25.81 | 395967 |
| 7/1/2004 | 24.5 | 26.02 | 24.72 | 458126 |
| 7/2/2004 | 23.35 | 24.76 | 23.46 | 649259 |
| 7/6/2004 | 22.24 | 23.25 | 22.5 | 894711 |
| 7/7/2004 | 22.01 | 22.75 | 22.3 | 451134 |
| 7/8/2004 | 21.91 | 22.83 | 22.03 | 510076 |
| 7/9/2004 | 21.84 | 22.4 | 22.19 | 314706 |
| 7/12/2004 | 21.1 | 21.8 | 21.25 | 854325 |
| 7/13/2004 | 21.17 | 21.7 | 21.35 | 258556 |
| 7/14/2004 | 20.54 | 21.45 | 20.64 | 662985 |
| 7/15/2004 | 20.55 | 22.28 | 21.67 | 732881 |
| 7/16/2004 | 21 | 22.18 | 21.08 | 404739 |
| 7/19/2004 | 20.93 | 21.61 | 21.42 | 317847 |
| 7/20/2004 | 21.07 | 21.93 | 21.93 | 357646 |
| 7/21/2004 | 20.5 | 22.35 | 20.67 | 580699 |
| 7/22/2004 | 20.35 | 21.64 | 21.34 | 718034 |
| 7/23/2004 | 20.06 | 21.39 | 20.15 | 581128 |
| 7/26/2004 | 19.71 | 21.89 | 20.38 | 1176514 |
| 7/27/2004 | 20.37 | 21.59 | 21.36 | 841451 |
| 7/28/2004 | 20.25 | 21.41 | 20.85 | 605804 |
| 7/29/2004 | 20.89 | 21.8 | 21.8 | 483614 |
| 7/30/2004 | 21.68 | 23.13 | 22.75 | 641192 |
| 8/2/2004 | 22.27 | 23.25 | 22.5 | 341409 |
| 8/3/2004 | 21.52 | 22.65 | 21.6 | 339735 |
| 8/4/2004 | 20.85 | 21.82 | 21.51 | 516106 |
| 8/5/2004 | 21.38 | 21.94 | 21.54 | 315242 |
| 8/6/2004 | 20.06 | 21.24 | 20.3 | 425605 |
| 8/9/2004 | 19.75 | 20.43 | 19.97 | 434801 |
| 8/10/2004 | 19.85 | 20.65 | 20.59 | 425228 |
| 8/11/2004 | 18.84 | 19.93 | 19.56 | 866124 |
| 8/12/2004 | 18.75 | 19.56 | 18.75 | 428505 |
| 8/13/2004 | 18.45 | 18.99 | 18.69 | 365838 |
| 8/16/2004 | 18.5 | 19.68 | 19.5 | 394584 |
| 8/17/2004 | 19.61 | 20.19 | 19.68 | 342978 |
| 8/18/2004 | 19.51 | 20.65 | 20.62 | 315866 |
| 8/19/2004 | 20 | 20.68 | 20.16 | 328537 |
| 8/20/2004 | 19.92 | 20.31 | 20.06 | 457974 |
| 8/23/2004 | 20.04 | 20.82 | 20.38 | 536847 |
| 8/24/2004 | 19.73 | 20.55 | 19.97 | 329844 |
| 8/25/2004 | 19.72 | 20.33 | 20.12 | 255303 |
| 8/26/2004 | 19.72 | 20.49 | 19.95 | 219551 |
| 8/27/2004 | 19.86 | 20.04 | 19.95 | 181725 |

| Date | Open | High | Close | Volume |
|---|---|---|---|---|
| 8/30/2004 | 19.21 | 19.95 | 19.21 | 207278 |
| 8/31/2004 | 18.86 | 19.53 | 19.36 | 324307 |
| 9/1/2004 | 19.24 | 20.2 | 19.46 | 387109 |
| 9/2/2004 | 19.25 | 19.81 | 19.7 | 255183 |
| 9/3/2004 | 18.8 | 19.75 | 19.15 | 411763 |
| 9/7/2004 | 19.16 | 19.7 | 19.29 | 229266 |
| 9/8/2004 | 19.12 | 19.88 | 19.24 | 319736 |
| 9/9/2004 | 19.24 | 20.36 | 20.19 | 518575 |
| 9/10/2004 | 20.04 | 21.5 | 21.45 | 599305 |
| 9/13/2004 | 21.55 | 22.35 | 21.87 | 695300 |
| 9/14/2004 | 21.5 | 22.06 | 21.84 | 270232 |
| 9/15/2004 | 20.79 | 21.63 | 20.96 | 324287 |
| 9/16/2004 | 20.55 | 21.1 | 20.77 | 534419 |
| 9/17/2004 | 20.32 | 21.2 | 20.94 | 312943 |
| 9/20/2004 | 20.64 | 21.58 | 21.32 | 358028 |
| 9/21/2004 | 20.91 | 21.63 | 21.24 | 257740 |
| 9/22/2004 | 20.52 | 21.44 | 20.57 | 295375 |
| 9/23/2004 | 20.31 | 21.17 | 20.82 | 235029 |
| 9/24/2004 | 20.42 | 21.1 | 20.45 | 353324 |
| 9/27/2004 | 20.27 | 20.87 | 20.49 | 418697 |
| 9/28/2004 | 20.39 | 20.95 | 20.82 | 355291 |
| 9/29/2004 | 20.59 | 21.45 | 21.16 | 266959 |
| 9/30/2004 | 20.96 | 21.6 | 20.97 | 221321 |
| 10/1/2004 | 21.22 | 22.103 | 21.93 | 307136 |
| 10/4/2004 | 22.19 | 22.97 | 22.63 | 449204 |
| 10/5/2004 | 22.05 | 22.81 | 22.28 | 393481 |
| 10/6/2004 | 21.84 | 22.21 | 22.16 | 234987 |
| 10/7/2004 | 22.1 | 23.04 | 22.73 | 639124 |
| 10/8/2004 | 21.76 | 22.68 | 21.87 | 742404 |
| 10/11/2004 | 21.75 | 22.18 | 22.16 | 270365 |
| 10/12/2004 | 21.52 | 22 | 21.83 | 351585 |
| 10/13/2004 | 19.5 | 20.5 | 19.6 | 2231003 |
| 10/14/2004 | 17.87 | 19.5 | 17.89 | 1347356 |
| 10/15/2004 | 17.45 | 18.18 | 17.59 | 668635 |
| 10/18/2004 | 17.83 | 18.29 | 18.13 | 1159460 |
| 10/19/2004 | 18.15 | 18.84 | 18.33 | 802389 |
| 10/20/2004 | 17.84 | 18.36 | 18.04 | 699633 |
| 10/21/2004 | 17.98 | 19 | 18.81 | 719884 |
| 10/22/2004 | 18.27 | 19.06 | 18.39 | 560120 |
| 10/25/2004 | 18.36 | 19.2 | 18.71 | 409111 |
| 10/26/2004 | 18.55 | 18.93 | 18.69 | 494705 |
| 10/27/2004 | 18.6 | 19.45 | 19.28 | 666936 |
| 10/28/2004 | 19.21 | 19.94 | 19.88 | 655246 |
| 10/29/2004 | 19.39 | 19.95 | 19.54 | 442196 |
| 11/1/2004 | 19.25 | 19.76 | 19.61 | 306795 |
| 11/2/2004 | 19.59 | 20.07 | 19.72 | 256699 |
| 11/3/2004 | 19.42 | 20.28 | 19.71 | 303465 |
| 11/4/2004 | 19.28 | 19.77 | 19.71 | 381448 |
| 11/5/2004 | 19.68 | 20.2 | 19.91 | 338281 |
| 11/8/2004 | 19.5 | 20.21 | 19.75 | 510022 |
| 11/9/2004 | 19.41 | 19.97 | 19.48 | 479028 |
| 11/10/2004 | 19.08 | 19.74 | 19.085 | 374443 |

| Date | Open | High | Close | Volume |
|---|---|---|---|---|
| 11/11/2004 | 19.06 | 19.65 | 19.55 | 424627 |
| 11/12/2004 | 19.18 | 19.6 | 19.5 | 375745 |
| 11/15/2004 | 19.39 | 21 | 20.66 | 849529 |
| 11/16/2004 | 20.24 | 20.65 | 20.42 | 252308 |
| 11/17/2004 | 20.52 | 21.29 | 20.95 | 349708 |
| 11/18/2004 | 20.62 | 21.25 | 21.2 | 241808 |
| 11/19/2004 | 20.25 | 21.22 | 20.32 | 343285 |
| 11/22/2004 | 20.02 | 20.48 | 20.48 | 161935 |
| 11/23/2004 | 20.02 | 20.6 | 20.17 | 259044 |
| 11/24/2004 | 20.05 | 20.5 | 20.09 | 235157 |
| 11/26/2004 | 20.01 | 20.55 | 20.03 | 139315 |
| 11/29/2004 | 19.65 | 20.42 | 19.86 | 349121 |
| 11/30/2004 | 19.3 | 19.93 | 19.39 | 528402 |
| 12/1/2004 | 19.54 | 20.1 | 20.08 | 507220 |
| 12/2/2004 | 19.76 | 20.65 | 20.13 | 423838 |
| 12/3/2004 | 20.55 | 21 | 20.88 | 518738 |
| 12/6/2004 | 20.5 | 20.97 | 20.73 | 268969 |
| 12/7/2004 | 19.79 | 20.93 | 19.81 | 302839 |
| 12/8/2004 | 19.31 | 19.91 | 19.52 | 340621 |
| 12/9/2004 | 19.03 | 19.9 | 19.58 | 413507 |
| 12/10/2004 | 19.37 | 19.77 | 19.51 | 259765 |
| 12/13/2004 | 19.32 | 19.97 | 19.88 | 533385 |
| 12/14/2004 | 19.85 | 20.55 | 20.34 | 645291 |
| 12/15/2004 | 20.28 | 20.86 | 20.76 | 526944 |
| 12/16/2004 | 20.25 | 20.9 | 20.41 | 497282 |
| 12/17/2004 | 20 | 20.64 | 20.53 | 844845 |
| 12/20/2004 | 20.21 | 20.9 | 20.35 | 483017 |
| 12/21/2004 | 20.3 | 21.06 | 20.895 | 429437 |
| 12/22/2004 | 20.77 | 21.14 | 21.04 | 303524 |
| 12/23/2004 | 20.62 | 21.09 | 20.86 | 326061 |
| 12/27/2004 | 20.43 | 21 | 20.48 | 243861 |
| 12/28/2004 | 20.43 | 20.81 | 20.64 | 287539 |
| 12/29/2004 | 20.33 | 20.98 | 20.34 | 524234 |
| 12/30/2004 | 20.32 | 20.88 | 20.68 | 289197 |
| 12/31/2004 | 20.55 | 21.25 | 21.07 | 337262 |
| 1/3/2005 | 20.22 | 21.28 | 20.44 | 512632 |
| 1/4/2005 | 19.04 | 20.63 | 19.41 | 937057 |
| 1/5/2005 | 18.739 | 19.249 | 18.79 | 719006 |
| 1/6/2005 | 18.3 | 19.2 | 18.3 | 492394 |
| 1/7/2005 | 17.94 | 18.99 | 18.6 | 512265 |
| 1/10/2005 | 18.25 | 18.74 | 18.31 | 298682 |
| 1/11/2005 | 18.01 | 18.38 | 18.09 | 358322 |
| 1/12/2005 | 18.19 | 18.7 | 18.6 | 394604 |
| 1/13/2005 | 17.97 | 18.59 | 18.25 | 706563 |
| 1/14/2005 | 18.29 | 18.68 | 18.5 | 371236 |
| 1/18/2005 | 18.34 | 18.939 | 18.77 | 407781 |
| 1/19/2005 | 18.78 | 19.35 | 18.79 | 784543 |
| 1/20/2005 | 18.5 | 18.95 | 18.5 | 628296 |
| 1/21/2005 | 17.74 | 18.78 | 17.83 | 570828 |
| 1/24/2005 | 16.93 | 17.959 | 17.08 | 914832 |
| 1/25/2005 | 16.7 | 17.32 | 16.96 | 652871 |
| 1/26/2005 | 16.91 | 17.5 | 17.43 | 498775 |

| Date | Open | High | Close | Volume |
|---|---|---|---|---|
| 1/27/2005 | 17.24 | 17.94 | 17.61 | 397822 |
| 1/28/2005 | 17.01 | 17.7 | 17.14 | 428507 |
| 1/31/2005 | 17.25 | 17.61 | 17.49 | 377210 |
| 2/1/2005 | 17.1 | 17.5 | 17.24 | 567240 |
| 2/2/2005 | 17.21 | 17.53 | 17.42 | 355910 |
| 2/3/2005 | 17.19 | 17.63 | 17.44 | 398904 |
| 2/4/2005 | 17.35 | 18.28 | 18.2 | 545469 |
| 2/7/2005 | 18.25 | 18.8 | 18.37 | 1002433 |
| 2/8/2005 | 18.3 | 18.99 | 18.84 | 978069 |
| 2/9/2005 | 18.65 | 19.1 | 18.73 | 735157 |
| 2/10/2005 | 18.37 | 19 | 18.86 | 822814 |
| 2/11/2005 | 16.23 | 17.48 | 16.96 | 5679122 |
| 2/14/2005 | 16.02 | 17.17 | 16.2 | 1430713 |
| 2/15/2005 | 16 | 16.75 | 16.13 | 1012802 |
| 2/16/2005 | 15.53 | 16.35 | 15.65 | 1071440 |
| 2/17/2005 | 15.06 | 15.95 | 15.11 | 887065 |
| 2/18/2005 | 15.08 | 15.45 | 15.25 | 504311 |
| 2/22/2005 | 14.92 | 15.62 | 15.03 | 515031 |
| 2/23/2005 | 14.7 | 15.2 | 14.76 | 520461 |
| 2/24/2005 | 14.55 | 14.98 | 14.72 | 619974 |
| 2/25/2005 | 14.56 | 15.46 | 15.35 | 598107 |
| 2/28/2005 | 14.95 | 15.75 | 14.96 | 574828 |
| 3/1/2005 | 15.03 | 15.46 | 15.29 | 446420 |
| 3/2/2005 | 14.93 | 15.3 | 14.94 | 578987 |
| 3/3/2005 | 14.25 | 15.1 | 14.48 | 677619 |
| 3/4/2005 | 14.22 | 14.69 | 14.39 | 709796 |
| 3/7/2005 | 14.33 | 14.82 | 14.59 | 349267 |
| 3/8/2005 | 14.32 | 14.85 | 14.355 | 181633 |
| 3/9/2005 | 14.35 | 14.66 | 14.36 | 339968 |
| 3/10/2005 | 14.2 | 14.62 | 14.26 | 322915 |
| 3/11/2005 | 14.16 | 14.63 | 14.35 | 379837 |
| 3/14/2005 | 14.17 | 14.53 | 14.28 | 412909 |
| 3/15/2005 | 13.96 | 14.49 | 13.97 | 327913 |
| 3/16/2005 | 13.3 | 14.78 | 14.27 | 842952 |
| 3/17/2005 | 14.25 | 14.77 | 14.51 | 916158 |
| 3/18/2005 | 14.5 | 15.15 | 15.11 | 1761218 |
| 3/21/2005 | 14.79 | 15.48 | 15.035 | 608065 |
| 3/22/2005 | 14.84 | 15.17 | 14.9 | 542317 |
| 3/23/2005 | 14.81 | 15.17 | 15 | 434089 |
| 3/24/2005 | 14.84 | 15.1 | 14.95 | 315065 |
| 3/28/2005 | 14.89 | 15.38 | 14.94 | 412574 |
| 3/29/2005 | 14.541 | 15.09 | 14.62 | 403750 |
| 3/30/2005 | 14.61 | 15.18 | 15.17 | 359368 |
| 3/31/2005 | 14.893 | 15.16 | 15.05 | 422534 |
| 4/1/2005 | 14.76 | 15.32 | 14.87 | 406905 |
| 4/4/2005 | 14.55 | 14.96 | 14.81 | 213309 |
| 4/5/2005 | 14.43 | 14.95 | 14.46 | 298298 |
| 4/6/2005 | 14.5 | 14.84 | 14.66 | 296194 |
| 4/7/2005 | 14.57 | 14.88 | 14.88 | 219805 |
| 4/8/2005 | 14.71 | 15.17 | 14.72 | 235583 |
| 4/11/2005 | 14.52 | 15.48 | 15.26 | 1243781 |
| 4/12/2005 | 14.73 | 15.42 | 15.35 | 555656 |

| Date | | | | |
|---|---|---|---|---|
| 4/13/2005 | 14.68 | 15.44 | 14.77 | 411612 |
| 4/14/2005 | 14.3 | 14.87 | 14.3 | 489827 |
| 4/15/2005 | 13.7 | 14.39 | 13.92 | 542863 |
| 4/18/2005 | 13.56 | 14.32 | 13.89 | 643225 |
| 4/19/2005 | 13.78 | 14.2 | 14.18 | 352950 |
| 4/20/2005 | 14.25 | 14.8 | 14.3 | 1062905 |
| 4/21/2005 | 14.42 | 15.25 | 14.92 | 822495 |
| 4/22/2005 | 14.5 | 15.06 | 14.7 | 657670 |
| 4/25/2005 | 14.48 | 15 | 14.69 | 505116 |
| 4/26/2005 | 14.01 | 14.42 | 14.11 | 758696 |
| 4/27/2005 | 13.75 | 14.13 | 13.96 | 671999 |
| 4/28/2005 | 13.46 | 14.04 | 13.46 | 436475 |
| 4/29/2005 | 12.83 | 13.54 | 13.31 | 692640 |
| 5/2/2005 | 13 | 13.35 | 13.26 | 188495 |