# EXHIBIT A

Case 1:05-cv-02189-CM   Document 24-12   Filed 05/02/2005   Page 1 of 3

## VEECO INSTRUMENTS, INC. (NYSE:VECO)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

Steelworkers Pension Trust ("Plaintiff"), duly swears and says, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against Veeco Instruments, Inc. and certain of its officers, and Plaintiff approves of its contents, and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the securities of Veeco Instruments, Inc. between and including April 26, 2004 through February 10, 2005, inclusive (the "Class Period"), are as follows:

| Shares Purchased | Date of Purchase | Price per Share |
| --- | --- | --- |
| 6,675 | May 19, 2004 | $23.84 |
| 33,325 | May 20, 2004 | $23.47 |

5. Plaintiff has sought to serve as a class representative in the following other actions filed under the United States federal securities laws in the past three (3) years preceding the date on which this certification is signed:

*In re Marsh & McLennan Companies Litigation*, Civil Action No. 1:04-CV-8144 (SWK) (S.D.N.Y. 2004)

*In re Williams Securities Litigation*, Civil Action No. 02-CV-72-H(M) (N.D. Okla. 2002)

*The Steelworkers Pension Trust, et al. v. Nortel Networks Corporation, et al.*, Civil Action No. 04-CV-2249 (GBD) (S.D.N.Y. 2004)

*The Steelworkers Pension Trust, et. al v. The St. Paul Travelers Companies, Inc., et al.*, Civil Action No. 04-4510 (D. Minn. 2004)

*L. Norman Showers, et al. v. Pfizer, Inc., et al.*, Civil Action No.: 04-CV-9866-RO (S.D.N.Y. 2004)

6. Plaintiff has been appointed as a lead plaintiff or an officer, director, or fiduciary of a lead plaintiff, in the following securities class action(s) during the past three (3) year period:

*The Steelworkers Pension Trust, et al. v. Baxter International, Inc., et al.*, Civil Action No. 04C 4909 (N.D. Ill. 2004)

*In re Excelsior, Federated and Scudder Mutual Funds Investment Litigation*, Civil Action No. 04-md-15861-03 (D. Md. 2004) (Post-Retirement Health Insurance Plan)

7. Plaintiff has not accepted and will not accept any payment for serving as a representative plaintiff on behalf of the class beyond its pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of April, 2005.

By: *Richard S. Hoffmann*
Richard S. Hoffmann
General Counsel, Steelworkers Pension Trust

*Signed by Betty Robison on Authorization of Counsel*