# EXHIBIT B

**Steelworkers Transactions in Veeco Instruments, Inc.**
**Class Period : 4/26/04-2/10/2005**

| Security | Date of Purchase | Amount Purchased | Purchase Price | Date of Sale | Amount Sold | Settle out price | Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| | 5/19/2004 | 6,675 | $23.84000 | | | $14.88477 | ($59,776.16) |
| | 5/20/2004 | 33,325 | $23.47000 | | | $14.88477 | ($286,102.78) |
| | | | | | | Total Loss | ($345,878.94) |

\* Settle-out price is the average closing price of Veeco 2/11/2005-4/15/05