# EXHIBIT D

# EXHIBIT D

Yahoo!   My Yahoo!   Mail

 **YAHOO! FINANCE**

**Sign In**
New User? Sign Up

Finance Home - Help

Search the Web [                    ] [ Search ]

Wednesday, May 4, 2005, 2:16PM ET - U.S. Markets close in 1 hour and 44 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [                    ] [ GO ]  Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

# Veeco Instruments Inc (VECO)

At 2:00PM ET: **13.41** ↑


Active Trader


No Inactivity Fees!


Free Trades


$100 Cash Bonus

## Historical Prices

Get **Historical Prices** for: [          ] [ GO ]

### SET DATE RANGE

**Start Date:** [Nov ▼] [1] [2003]   Eg. Jan 1, 2003
**End Date:** [Feb ▼] [11] [2005]

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

[ Get Prices ]

First | Prev | Next | Last

### PRICES

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 11-Feb-05 | 17.33 | 17.48 | 16.23 | 16.96 | 5,679,200 | 16.96 |
| 10-Feb-05 | 18.73 | 19.00 | 18.37 | 18.86 | 822,900 | 18.86 |
| 9-Feb-05 | 18.99 | 19.10 | 18.65 | 18.73 | 733,100 | 18.73 |
| 8-Feb-05 | 18.30 | 18.99 | 18.30 | 18.84 | 978,100 | 18.84 |
| 7-Feb-05 | 18.30 | 18.80 | 18.25 | 18.37 | 1,002,500 | 18.37 |
| 4-Feb-05 | 17.49 | 18.28 | 17.35 | 18.20 | 543,800 | 18.20 |
| 3-Feb-05 | 17.45 | 17.63 | 17.19 | 17.44 | 398,800 | 17.44 |
| 2-Feb-05 | 17.22 | 17.53 | 17.21 | 17.42 | 354,000 | 17.42 |
| 1-Feb-05 | 17.31 | 17.50 | 17.10 | 17.24 | 566,400 | 17.24 |
| 31-Jan-05 | 17.41 | 17.61 | 17.25 | 17.49 | 375,900 | 17.49 |
| 28-Jan-05 | 17.70 | 17.70 | 17.01 | 17.14 | 428,600 | 17.14 |
| 27-Jan-05 | 17.40 | 17.94 | 17.24 | 17.61 | 397,700 | 17.61 |
| 26-Jan-05 | 17.20 | 17.50 | 16.91 | 17.43 | 498,800 | 17.43 |
| 25-Jan-05 | 16.95 | 17.32 | 16.70 | 16.96 | 652,900 | 16.96 |
| 24-Jan-05 | 17.96 | 17.96 | 16.93 | 17.08 | 914,800 | 17.08 |
| 21-Jan-05 | 18.78 | 18.78 | 17.74 | 17.83 | 754,600 | 17.83 |

ADVERTISEMENT

**While the Fed keeps raising their rates,**

**Schwab can help lower yours.**

Margin rates as low as **3.99%**

1. Enter your total margin balance:
$ [          ]

2. Enter your current interest rate:
[          ] %

3. Calculate your savings:
[ Calculate ]

CHARLES SCHWAB

Case 1:05-cv-02189-CM    Document 25-5    Filed 05/05/2005

| 20-Jan-05 | 18.78 | 18.95 | 18.50 | 18.50 | 628,000 | 18.50 |
| 19-Jan-05 | 19.08 | 19.35 | 18.78 | 18.79 | 779,800 | 18.79 |
| 18-Jan-05 | 18.43 | 18.94 | 18.34 | 18.77 | 407,800 | 18.77 |
| 14-Jan-05 | 18.36 | 18.68 | 18.29 | 18.50 | 370,900 | 18.50 |
| 13-Jan-05 | 18.50 | 18.59 | 17.97 | 18.25 | 706,600 | 18.25 |
| 12-Jan-05 | 18.31 | 18.70 | 18.19 | 18.60 | 393,700 | 18.60 |
| 11-Jan-05 | 18.17 | 18.38 | 18.01 | 18.09 | 357,100 | 18.09 |
| 10-Jan-05 | 18.52 | 18.74 | 18.25 | 18.31 | 294,600 | 18.31 |
| 7-Jan-05 | 18.60 | 18.99 | 17.94 | 18.60 | 512,300 | 18.60 |
| 6-Jan-05 | 19.20 | 19.20 | 18.30 | 18.30 | 491,300 | 18.30 |
| 5-Jan-05 | 19.10 | 19.25 | 18.74 | 18.79 | 718,500 | 18.79 |
| 4-Jan-05 | 20.60 | 20.63 | 19.04 | 19.41 | 936,900 | 19.41 |
| 3-Jan-05 | 21.27 | 21.28 | 20.22 | 20.44 | 509,400 | 20.44 |
| 31-Dec-04 | 20.62 | 21.25 | 20.55 | 21.07 | 337,300 | 21.07 |
| 30-Dec-04 | 20.32 | 20.88 | 20.32 | 20.68 | 289,200 | 20.68 |
| 29-Dec-04 | 20.65 | 20.98 | 20.33 | 20.34 | 523,700 | 20.34 |
| 28-Dec-04 | 20.43 | 20.81 | 20.43 | 20.64 | 286,800 | 20.64 |
| 27-Dec-04 | 20.98 | 21.00 | 20.43 | 20.48 | 243,900 | 20.48 |
| 23-Dec-04 | 20.92 | 21.09 | 20.62 | 20.86 | 326,000 | 20.86 |
| 22-Dec-04 | 20.90 | 21.14 | 20.77 | 21.04 | 303,400 | 21.04 |
| 21-Dec-04 | 20.30 | 21.06 | 20.30 | 20.90 | 427,700 | 20.90 |
| 20-Dec-04 | 20.74 | 20.90 | 20.21 | 20.35 | 483,100 | 20.35 |
| 17-Dec-04 | 20.28 | 20.64 | 20.00 | 20.53 | 800,600 | 20.53 |
| 16-Dec-04 | 20.84 | 20.90 | 20.25 | 20.41 | 497,300 | 20.41 |
| 15-Dec-04 | 20.51 | 20.86 | 20.28 | 20.76 | 526,700 | 20.76 |
| 14-Dec-04 | 19.98 | 20.55 | 19.85 | 20.34 | 645,200 | 20.34 |
| 13-Dec-04 | 19.48 | 19.97 | 19.32 | 19.88 | 532,800 | 19.88 |
| 10-Dec-04 | 19.57 | 19.77 | 19.37 | 19.51 | 259,800 | 19.51 |
| 9-Dec-04 | 19.21 | 19.90 | 19.03 | 19.58 | 412,800 | 19.58 |
| 8-Dec-04 | 19.91 | 19.91 | 19.31 | 19.52 | 340,700 | 19.52 |
| 7-Dec-04 | 20.82 | 20.93 | 19.79 | 19.81 | 302,900 | 19.81 |
| 6-Dec-04 | 20.82 | 20.97 | 20.50 | 20.73 | 269,000 | 20.73 |
| 3-Dec-04 | 20.74 | 21.00 | 20.55 | 20.88 | 517,700 | 20.88 |
| 2-Dec-04 | 19.87 | 20.65 | 19.76 | 20.13 | 423,900 | 20.13 |
| 1-Dec-04 | 19.60 | 20.10 | 19.54 | 20.08 | 506,200 | 20.08 |
| 30-Nov-04 | 19.93 | 19.93 | 19.30 | 19.39 | 528,400 | 19.39 |
| 29-Nov-04 | 20.09 | 20.42 | 19.65 | 19.86 | 349,200 | 19.86 |
| 26-Nov-04 | 20.16 | 20.55 | 20.01 | 20.03 | 139,400 | 20.03 |
| 24-Nov-04 | 20.05 | 20.50 | 20.05 | 20.09 | 235,200 | 20.09 |

VECO: Historical Prices for VEECO INSTRUMENT - Yahoo! Finance    Page 4 of 16  Page 3 of 3

Case 1:05-cv-02189-CM    Document 25-5    Filed 05/05/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 23-Nov-04 | 20.50 | 20.60 | 20.02 | 20.17 | 259,100 | 20.17 |
| 22-Nov-04 | 20.39 | 20.48 | 20.02 | 20.48 | 161,600 | 20.48 |
| 19-Nov-04 | 20.99 | 21.22 | 20.25 | 20.32 | 342,400 | 20.32 |
| 18-Nov-04 | 20.72 | 21.25 | 20.62 | 21.20 | 241,700 | 21.20 |
| 17-Nov-04 | 20.67 | 21.29 | 20.52 | 20.95 | 349,800 | 20.95 |
| 16-Nov-04 | 20.65 | 20.65 | 20.24 | 20.42 | 250,800 | 20.42 |
| 15-Nov-04 | 19.39 | 21.00 | 19.39 | 20.66 | 848,200 | 20.66 |
| 12-Nov-04 | 19.57 | 19.60 | 19.18 | 19.50 | 375,800 | 19.50 |
| 11-Nov-04 | 19.43 | 19.65 | 19.06 | 19.55 | 424,700 | 19.55 |
| 10-Nov-04 | 19.55 | 19.74 | 19.08 | 19.09 | 374,300 | 19.09 |
| 9-Nov-04 | 19.77 | 19.97 | 19.41 | 19.48 | 479,100 | 19.48 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: [    ] GO  Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Yahoo!   My Yahoo!   Mail

**YAHOO! FINANCE**   Sign In
New User? Sign Up

Search the Web [          ]  Search

Finance Home - Help

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [          ] GO  Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

# Veeco Instruments Inc (VECO)

At 2:07PM ET: **13.32** ↑






$100 Cash Bonus          Free Trades          Active Trader          No Inactivity Fees!

## Historical Prices

Get **Historical Prices** for: [          ] GO

**SET DATE RANGE**

ADVERTISEMENT

Start Date: [Nov ▼] [1] [2003]   Eg. Jan 1, 2003
End Date: [Feb ▼] [11] [2005]

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

Get Prices

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 8-Nov-04 | 19.97 | 20.21 | 19.50 | 19.75 | 510,100 | 19.75 |
| 5-Nov-04 | 19.85 | 20.20 | 19.68 | 19.91 | 338,300 | 19.91 |
| 4-Nov-04 | 19.73 | 19.77 | 19.28 | 19.71 | 381,500 | 19.71 |
| 3-Nov-04 | 20.25 | 20.28 | 19.42 | 19.71 | 302,200 | 19.71 |
| 2-Nov-04 | 19.73 | 20.07 | 19.59 | 19.72 | 256,700 | 19.72 |
| 1-Nov-04 | 19.40 | 19.76 | 19.25 | 19.61 | 306,800 | 19.61 |
| 29-Oct-04 | 19.87 | 19.95 | 19.39 | 19.54 | 442,100 | 19.54 |
| 28-Oct-04 | 19.21 | 19.94 | 19.21 | 19.88 | 655,300 | 19.88 |
| 27-Oct-04 | 18.65 | 19.45 | 18.60 | 19.28 | 663,500 | 19.28 |
| 26-Oct-04 | 18.64 | 18.93 | 18.55 | 18.69 | 494,800 | 18.69 |
| 25-Oct-04 | 18.36 | 19.20 | 18.36 | 18.71 | 405,100 | 18.71 |
| 22-Oct-04 | 18.90 | 19.06 | 18.27 | 18.39 | 531,500 | 18.39 |
| 21-Oct-04 | 18.21 | 19.00 | 17.98 | 18.81 | 718,400 | 18.81 |
| 20-Oct-04 | 18.20 | 18.36 | 17.84 | 18.04 | 699,700 | 18.04 |
| 19-Oct-04 | 18.37 | 18.84 | 18.15 | 18.33 | 802,400 | 18.33 |
| 18-Oct-04 | 17.91 | 18.29 | 17.83 | 18.13 | 1,159,500 | 18.13 |

Eligibility pricing criteria may differ among brokers. Data verified as of 6/2/04.

Case 1:05-cv-02189-CM    Document 25-5    Filed 05/05/2005    Page 6 of 16

| 15-Oct-04 | 17.92 | 18.18 | 17.45 | 17.59 | 668,000 | 17.59 |
| 14-Oct-04 | 19.44 | 19.50 | 17.87 | 17.89 | 1,349,100 | 17.89 |
| 13-Oct-04 | 20.17 | 20.50 | 19.50 | 19.60 | 2,230,400 | 19.60 |
| 12-Oct-04 | 21.64 | 22.00 | 21.52 | 21.83 | 351,600 | 21.83 |
| 11-Oct-04 | 22.00 | 22.18 | 21.75 | 22.16 | 270,400 | 22.16 |
| 8-Oct-04 | 22.52 | 22.68 | 21.76 | 21.87 | 736,900 | 21.87 |
| 7-Oct-04 | 22.10 | 23.04 | 22.10 | 22.73 | 628,600 | 22.73 |
| 6-Oct-04 | 22.12 | 22.21 | 21.84 | 22.16 | 235,000 | 22.16 |
| 5-Oct-04 | 22.57 | 22.81 | 22.05 | 22.28 | 384,100 | 22.28 |
| 4-Oct-04 | 22.40 | 22.97 | 22.19 | 22.63 | 449,300 | 22.63 |
| 1-Oct-04 | 21.41 | 22.10 | 21.22 | 21.93 | 306,400 | 21.93 |
| 30-Sep-04 | 21.17 | 21.60 | 20.96 | 20.97 | 221,400 | 20.97 |
| 29-Sep-04 | 20.63 | 21.45 | 20.59 | 21.16 | 267,000 | 21.16 |
| 28-Sep-04 | 20.67 | 20.95 | 20.39 | 20.82 | 354,200 | 20.82 |
| 27-Sep-04 | 20.45 | 20.87 | 20.27 | 20.49 | 418,700 | 20.49 |
| 24-Sep-04 | 20.76 | 21.10 | 20.42 | 20.45 | 353,400 | 20.45 |
| 23-Sep-04 | 20.89 | 21.17 | 20.31 | 20.82 | 235,100 | 20.82 |
| 22-Sep-04 | 21.36 | 21.44 | 20.52 | 20.57 | 295,400 | 20.57 |
| 21-Sep-04 | 21.33 | 21.63 | 20.91 | 21.24 | 257,800 | 21.24 |
| 20-Sep-04 | 20.80 | 21.58 | 20.64 | 21.32 | 358,100 | 21.32 |
| 17-Sep-04 | 20.99 | 21.20 | 20.32 | 20.94 | 313,000 | 20.94 |
| 16-Sep-04 | 20.99 | 21.10 | 20.55 | 20.77 | 534,500 | 20.77 |
| 15-Sep-04 | 21.63 | 21.63 | 20.79 | 20.96 | 324,300 | 20.96 |
| 14-Sep-04 | 21.92 | 22.06 | 21.50 | 21.84 | 270,300 | 21.84 |
| 13-Sep-04 | 21.61 | 22.35 | 21.55 | 21.87 | 694,100 | 21.87 |
| 10-Sep-04 | 20.26 | 21.50 | 20.04 | 21.45 | 599,400 | 21.45 |
| 9-Sep-04 | 19.43 | 20.36 | 19.24 | 20.19 | 518,600 | 20.19 |
| 8-Sep-04 | 19.35 | 19.88 | 19.12 | 19.24 | 319,800 | 19.24 |
| 7-Sep-04 | 19.31 | 19.70 | 19.16 | 19.29 | 229,300 | 19.29 |
| 3-Sep-04 | 19.59 | 19.75 | 18.80 | 19.15 | 411,800 | 19.15 |
| 2-Sep-04 | 19.46 | 19.81 | 19.25 | 19.70 | 255,200 | 19.70 |
| 1-Sep-04 | 19.38 | 20.20 | 19.24 | 19.46 | 387,200 | 19.46 |
| 31-Aug-04 | 19.21 | 19.53 | 18.86 | 19.36 | 324,400 | 19.36 |
| 30-Aug-04 | 19.86 | 19.95 | 19.21 | 19.21 | 207,300 | 19.21 |
| 27-Aug-04 | 19.95 | 20.04 | 19.86 | 19.95 | 181,800 | 19.95 |
| 26-Aug-04 | 20.20 | 20.49 | 19.72 | 19.95 | 219,600 | 19.95 |
| 25-Aug-04 | 19.97 | 20.33 | 19.72 | 20.12 | 255,400 | 20.12 |
| 24-Aug-04 | 20.48 | 20.55 | 19.73 | 19.97 | 329,900 | 19.97 |
| 23-Aug-04 | 20.17 | 20.82 | 20.04 | 20.38 | 536,900 | 20.38 |

VECO: Historical Prices for VEECO INSTRUMENT - Yahoo! Finance    Page 3 of 3

Case 1:05-cv-02189-CM    Document 25-5    Filed 05/05/2005    Page 7 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 20-Aug-04 | 20.24 | 20.31 | 19.92 | 20.06 | 458,000 | 20.06 |
| 19-Aug-04 | 20.68 | 20.68 | 20.00 | 20.16 | 328,600 | 20.16 |
| 18-Aug-04 | 19.60 | 20.65 | 19.51 | 20.62 | 315,900 | 20.62 |
| 17-Aug-04 | 19.89 | 20.19 | 19.61 | 19.68 | 343,000 | 19.68 |
| 16-Aug-04 | 18.50 | 19.68 | 18.50 | 19.50 | 394,600 | 19.50 |
| 13-Aug-04 | 18.75 | 18.99 | 18.45 | 18.69 | 365,900 | 18.69 |
| 12-Aug-04 | 19.39 | 19.56 | 18.75 | 18.75 | 428,600 | 18.75 |
| 11-Aug-04 | 19.90 | 19.93 | 18.84 | 19.56 | 866,200 | 19.56 |
| 10-Aug-04 | 19.85 | 20.65 | 19.85 | 20.59 | 425,300 | 20.59 |
| 9-Aug-04 | 20.33 | 20.43 | 19.75 | 19.97 | 434,800 | 19.97 |
| 6-Aug-04 | 21.10 | 21.24 | 20.06 | 20.30 | 425,500 | 20.30 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: [        ] GO  Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

VECO: Historical Prices for VEECO INSTRUMENT - Yahoo! Finance    Page 1 of 3

Case 1:05-cv-02189-CM    Document 25-5    Filed 05/05/2005    Page 8 of 16

Yahoo!  My Yahoo!  Mail

**YAHOO! FINANCE**  Sign In
New User? Sign Up

Search the Web [        ] Search

Finance Home - Help

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [        ] GO  Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

# Veeco Instruments Inc (VECO)

At 2:07PM ET: **13.32** ↑

   

Free Trades    Active Trader    No Inactivity Fees!    $100 Cash Bonus

## Historical Prices

Get **Historical Prices** for: [        ] GO

**SET DATE RANGE**

Start Date: Nov ▼ 1  2003   Eg. Jan 1, 2003
End Date: Feb ▼ 11  2005

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

Get Prices

ADVERTISEMENT


First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 5-Aug-04 | 21.53 | 21.94 | 21.38 | 21.54 | 315,300 | 21.54 |
| 4-Aug-04 | 21.52 | 21.82 | 20.85 | 21.51 | 516,200 | 21.51 |
| 3-Aug-04 | 22.55 | 22.65 | 21.52 | 21.60 | 339,800 | 21.60 |
| 2-Aug-04 | 22.86 | 23.25 | 22.27 | 22.50 | 341,500 | 22.50 |
| 30-Jul-04 | 21.85 | 23.13 | 21.68 | 22.75 | 641,200 | 22.75 |
| 29-Jul-04 | 21.05 | 21.80 | 20.89 | 21.80 | 483,700 | 21.80 |
| 28-Jul-04 | 21.41 | 21.41 | 20.25 | 20.85 | 605,800 | 20.85 |
| 27-Jul-04 | 20.37 | 21.59 | 20.37 | 21.36 | 841,500 | 21.36 |
| 26-Jul-04 | 20.26 | 21.89 | 19.71 | 20.38 | 1,176,100 | 20.38 |
| 23-Jul-04 | 21.39 | 21.39 | 20.06 | 20.15 | 580,500 | 20.15 |
| 22-Jul-04 | 20.67 | 21.64 | 20.35 | 21.34 | 718,100 | 21.34 |
| 21-Jul-04 | 21.98 | 22.35 | 20.50 | 20.67 | 580,700 | 20.67 |
| 20-Jul-04 | 21.42 | 21.93 | 21.07 | 21.93 | 357,700 | 21.93 |
| 19-Jul-04 | 21.00 | 21.61 | 20.93 | 21.42 | 317,900 | 21.42 |
| 16-Jul-04 | 21.90 | 22.18 | 21.00 | 21.08 | 404,800 | 21.08 |
| 15-Jul-04 | 20.89 | 22.28 | 20.55 | 21.67 | 732,900 | 21.67 |

Case 1:05-cv-02189-CM     Document 25-5     Filed 05/05/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 14-Jul-04 | 20.89 | 21.45 | 20.54 | 20.64 | 663,000 | 20.64 |
| 13-Jul-04 | 21.24 | 21.70 | 21.17 | 21.35 | 258,500 | 21.35 |
| 12-Jul-04 | 21.80 | 21.80 | 21.10 | 21.25 | 854,400 | 21.25 |
| 9-Jul-04 | 22.30 | 22.40 | 21.84 | 22.19 | 314,800 | 22.19 |
| 8-Jul-04 | 22.15 | 22.83 | 21.91 | 22.03 | 510,100 | 22.03 |
| 7-Jul-04 | 22.49 | 22.75 | 22.01 | 22.30 | 451,200 | 22.30 |
| 6-Jul-04 | 23.25 | 23.25 | 22.24 | 22.50 | 894,800 | 22.50 |
| 2-Jul-04 | 24.76 | 24.76 | 23.35 | 23.46 | 649,300 | 23.46 |
| 1-Jul-04 | 26.02 | 26.02 | 24.50 | 24.72 | 458,200 | 24.72 |
| 30-Jun-04 | 25.30 | 26.02 | 25.30 | 25.81 | 393,300 | 25.81 |
| 29-Jun-04 | 24.52 | 25.47 | 24.21 | 25.40 | 439,100 | 25.40 |
| 28-Jun-04 | 25.20 | 25.69 | 24.30 | 24.46 | 375,800 | 24.46 |
| 25-Jun-04 | 24.50 | 25.21 | 24.35 | 25.19 | 532,300 | 25.19 |
| 24-Jun-04 | 24.39 | 25.08 | 24.16 | 24.51 | 402,800 | 24.51 |
| 23-Jun-04 | 23.98 | 24.95 | 23.55 | 24.77 | 538,500 | 24.77 |
| 22-Jun-04 | 23.40 | 24.24 | 23.28 | 24.02 | 483,200 | 24.02 |
| 21-Jun-04 | 23.60 | 23.91 | 23.35 | 23.45 | 340,500 | 23.45 |
| 18-Jun-04 | 23.59 | 24.33 | 23.06 | 23.59 | 592,000 | 23.59 |
| 17-Jun-04 | 24.59 | 24.59 | 23.50 | 23.72 | 392,300 | 23.72 |
| 16-Jun-04 | 24.98 | 25.34 | 24.36 | 24.47 | 605,800 | 24.47 |
| 15-Jun-04 | 24.60 | 25.43 | 24.60 | 25.00 | 316,000 | 25.00 |
| 14-Jun-04 | 24.87 | 24.90 | 24.30 | 24.30 | 449,000 | 24.30 |
| 10-Jun-04 | 25.65 | 25.87 | 24.52 | 24.89 | 474,600 | 24.89 |
| 9-Jun-04 | 26.00 | 26.18 | 25.20 | 25.41 | 674,600 | 25.41 |
| 8-Jun-04 | 25.67 | 26.48 | 25.45 | 26.31 | 508,600 | 26.31 |
| 7-Jun-04 | 25.57 | 26.02 | 25.29 | 26.02 | 279,100 | 26.02 |
| 4-Jun-04 | 24.80 | 25.52 | 24.57 | 25.22 | 310,000 | 25.22 |
| 3-Jun-04 | 25.16 | 25.38 | 24.28 | 24.38 | 381,200 | 24.38 |
| 2-Jun-04 | 25.93 | 26.18 | 25.08 | 25.32 | 399,000 | 25.32 |
| 1-Jun-04 | 25.74 | 26.19 | 25.50 | 26.11 | 344,500 | 26.11 |
| 28-May-04 | 25.70 | 25.84 | 25.30 | 25.83 | 301,600 | 25.83 |
| 27-May-04 | 26.03 | 26.03 | 25.20 | 25.60 | 627,600 | 25.60 |
| 26-May-04 | 25.29 | 26.02 | 24.80 | 25.98 | 585,200 | 25.98 |
| 25-May-04 | 24.42 | 25.30 | 24.08 | 25.29 | 590,800 | 25.29 |
| 24-May-04 | 24.23 | 24.70 | 24.19 | 24.35 | 291,600 | 24.35 |
| 21-May-04 | 23.63 | 24.30 | 23.60 | 24.05 | 535,000 | 24.05 |
| 20-May-04 | 23.62 | 23.87 | 23.17 | 23.55 | 458,600 | 23.55 |
| 19-May-04 | 23.89 | 24.90 | 23.45 | 23.54 | 594,500 | 23.54 |
| 18-May-04 | 23.60 | 23.90 | 23.37 | 23.65 | 255,900 | 23.65 |

Case 1:05-cv-02189-CM    Document 25-5    Filed 03/05/2005    Page 10 of 16

| | | | | | |
|---|---|---|---|---|---|
| 17-May-04 | 23.43 | 23.78 | 23.17 | 23.19 | 301,900 | 23.19 |
| 14-May-04 | 24.25 | 24.35 | 23.50 | 23.81 | 276,400 | 23.81 |
| 13-May-04 | 24.12 | 24.56 | 23.75 | 24.00 | 450,400 | 24.00 |
| 12-May-04 | 24.86 | 25.07 | 23.21 | 24.46 | 699,800 | 24.46 |
| 11-May-04 | 24.05 | 24.85 | 23.99 | 24.83 | 521,900 | 24.83 |
| 10-May-04 | 23.56 | 24.30 | 23.15 | 23.77 | 782,100 | 23.77 |
| 7-May-04 | 23.93 | 25.08 | 23.85 | 24.00 | 629,300 | 24.00 |
| 6-May-04 | 23.73 | 24.24 | 23.32 | 23.98 | 520,300 | 23.98 |
| 5-May-04 | 24.40 | 24.49 | 23.78 | 24.10 | 386,700 | 24.10 |
| 4-May-04 | 23.60 | 24.39 | 23.30 | 23.97 | 662,000 | 23.97 |
| 3-May-04 | 23.86 | 24.05 | 22.90 | 23.28 | 996,000 | 23.28 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: [ ] GO Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Case 1:05-cv-02189-CM    Document 25-5    Filed 05/05/2005    Page 11 of 16



**YAHOO! FINANCE**

Search the Web [            ]  Search

Finance Home - Help

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [          ]  GO  Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

## Veeco Instruments Inc (VECO)                    At 2:07PM ET: **13.32** ↑


Free Trades


Active Trader


No Inactivity Fees!


$100 Cash Bonus

## Historical Prices

Get **Historical Prices** for: [          ]  GO

### SET DATE RANGE

Start Date: [Nov ▼] [1] [2003]   Eg. Jan 1, 2003
End Date: [Feb ▼] [11] [2005]

○ Daily
○ Weekly
○ Monthly
○ Dividends Only

[ Get Prices ]

ADVERTISEMENT



First | Prev | Next | Last

### PRICES

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 30-Apr-04 | 23.71 | 23.74 | 22.62 | 22.75 | 991,700 | 22.75 |
| 29-Apr-04 | 25.02 | 25.06 | 23.14 | 23.35 | 1,574,800 | 23.35 |
| 28-Apr-04 | 25.50 | 25.69 | 25.00 | 25.13 | 811,800 | 25.13 |
| 27-Apr-04 | 26.08 | 26.65 | 25.44 | 25.44 | 1,423,100 | 25.44 |
| 26-Apr-04 | 26.24 | 27.61 | 26.05 | 26.74 | 1,568,500 | 26.74 |
| 23-Apr-04 | 26.74 | 27.88 | 26.74 | 27.43 | 612,100 | 27.43 |
| 22-Apr-04 | 27.57 | 27.70 | 26.60 | 26.84 | 1,134,400 | 26.84 |
| 21-Apr-04 | 27.60 | 28.46 | 27.50 | 27.98 | 521,800 | 27.98 |
| 20-Apr-04 | 28.01 | 28.64 | 27.33 | 27.40 | 402,200 | 27.40 |
| 19-Apr-04 | 27.47 | 28.17 | 27.40 | 27.97 | 408,600 | 27.97 |
| 16-Apr-04 | 28.00 | 28.05 | 27.15 | 27.65 | 524,100 | 27.65 |
| 15-Apr-04 | 29.38 | 29.58 | 28.05 | 28.15 | 1,003,700 | 28.15 |
| 14-Apr-04 | 29.56 | 30.48 | 29.14 | 29.37 | 605,300 | 29.37 |
| 13-Apr-04 | 30.68 | 30.95 | 29.30 | 29.80 | 435,600 | 29.80 |
| 12-Apr-04 | 30.82 | 31.04 | 30.22 | 30.73 | 443,800 | 30.73 |
| 8-Apr-04 | 31.34 | 31.50 | 30.52 | 30.71 | 405,100 | 30.71 |

| | | | | | |
|---|---|---|---|---|---|
| 7-Apr-04 | 30.80 | 31.37 | 30.12 | 30.99 | 518,200 | 30.99 |
| 6-Apr-04 | 30.80 | 31.65 | 30.76 | 30.85 | 796,900 | 30.85 |
| 5-Apr-04 | 30.85 | 31.51 | 30.75 | 31.50 | 575,400 | 31.50 |
| 2-Apr-04 | 30.44 | 31.10 | 30.26 | 30.74 | 835,600 | 30.74 |
| 1-Apr-04 | 28.16 | 30.13 | 28.16 | 29.83 | 1,074,700 | 29.83 |
| 31-Mar-04 | 28.90 | 29.08 | 27.87 | 28.06 | 433,900 | 28.06 |
| 30-Mar-04 | 27.91 | 28.31 | 27.80 | 28.25 | 399,500 | 28.25 |
| 29-Mar-04 | 28.33 | 28.83 | 27.93 | 28.24 | 538,300 | 28.24 |
| 26-Mar-04 | 28.16 | 28.74 | 27.73 | 27.93 | 630,000 | 27.93 |
| 25-Mar-04 | 25.99 | 28.60 | 25.90 | 28.12 | 2,039,900 | 28.12 |
| 24-Mar-04 | 25.45 | 25.96 | 25.33 | 25.65 | 632,500 | 25.65 |
| 23-Mar-04 | 25.84 | 26.34 | 25.30 | 25.33 | 1,165,300 | 25.33 |
| 22-Mar-04 | 25.57 | 25.70 | 24.70 | 24.90 | 552,100 | 24.90 |
| 19-Mar-04 | 26.75 | 26.76 | 25.65 | 25.83 | 400,900 | 25.83 |
| 18-Mar-04 | 26.56 | 27.30 | 25.88 | 26.72 | 596,000 | 26.72 |
| 17-Mar-04 | 26.00 | 26.89 | 25.78 | 26.59 | 555,700 | 26.59 |
| 16-Mar-04 | 26.20 | 26.58 | 24.84 | 25.59 | 896,200 | 25.59 |
| 15-Mar-04 | 27.08 | 27.19 | 25.75 | 25.80 | 562,500 | 25.80 |
| 12-Mar-04 | 26.64 | 27.18 | 26.35 | 27.02 | 325,200 | 27.02 |
| 11-Mar-04 | 27.25 | 27.40 | 26.10 | 26.25 | 898,300 | 26.25 |
| 10-Mar-04 | 27.70 | 27.89 | 26.60 | 26.70 | 747,800 | 26.70 |
| 9-Mar-04 | 28.50 | 28.70 | 27.42 | 27.66 | 603,400 | 27.66 |
| 8-Mar-04 | 29.94 | 30.17 | 28.52 | 28.60 | 532,500 | 28.60 |
| 5-Mar-04 | 29.88 | 30.25 | 29.36 | 29.68 | 272,900 | 29.68 |
| 4-Mar-04 | 29.85 | 30.18 | 29.52 | 30.18 | 227,400 | 30.18 |
| 3-Mar-04 | 30.31 | 30.49 | 29.42 | 29.70 | 329,400 | 29.70 |
| 2-Mar-04 | 30.30 | 30.99 | 30.14 | 30.34 | 602,300 | 30.34 |
| 1-Mar-04 | 29.30 | 30.40 | 28.82 | 30.24 | 438,100 | 30.24 |
| 27-Feb-04 | 30.11 | 30.29 | 28.81 | 29.17 | 567,000 | 29.17 |
| 26-Feb-04 | 29.40 | 30.19 | 28.84 | 29.77 | 573,100 | 29.77 |
| 25-Feb-04 | 29.80 | 29.85 | 28.60 | 29.39 | 829,200 | 29.39 |
| 24-Feb-04 | 30.10 | 30.10 | 29.27 | 29.67 | 587,900 | 29.67 |
| 23-Feb-04 | 31.24 | 31.32 | 29.77 | 30.00 | 738,800 | 30.00 |
| 20-Feb-04 | 31.94 | 32.00 | 30.00 | 31.23 | 720,400 | 31.23 |
| 19-Feb-04 | 33.51 | 33.51 | 31.85 | 31.99 | 644,800 | 31.99 |
| 18-Feb-04 | 32.60 | 33.25 | 32.51 | 32.91 | 504,400 | 32.91 |
| 17-Feb-04 | 32.30 | 32.64 | 32.11 | 32.59 | 676,900 | 32.59 |
| 13-Feb-04 | 32.80 | 32.80 | 31.66 | 32.00 | 483,100 | 32.00 |
| 12-Feb-04 | 32.01 | 32.74 | 31.86 | 32.56 | 721,800 | 32.56 |

Case 1:05-cv-02189-CM   Document 25-5   Filed 09/05/2005   Page 13 of 16

| | | | | | | |
|---|---|---|---|---|---|---|
| 11-Feb-04 | 31.86 | 32.36 | 31.55 | 32.08 | 572,000 | 32.08 |
| 10-Feb-04 | 31.40 | 32.21 | 30.60 | 31.83 | 1,253,200 | 31.83 |
| 9-Feb-04 | 30.79 | 32.38 | 30.69 | 31.86 | 1,221,300 | 31.86 |
| 6-Feb-04 | 28.30 | 30.93 | 28.21 | 30.49 | 2,056,000 | 30.49 |
| 5-Feb-04 | 27.30 | 28.22 | 27.04 | 27.44 | 887,200 | 27.44 |
| 4-Feb-04 | 28.41 | 28.55 | 27.03 | 27.20 | 806,600 | 27.20 |
| 3-Feb-04 | 29.92 | 29.93 | 28.66 | 28.72 | 626,200 | 28.72 |
| 2-Feb-04 | 30.14 | 30.75 | 29.77 | 29.80 | 682,600 | 29.80 |
| 30-Jan-04 | 29.37 | 30.31 | 29.07 | 30.10 | 557,700 | 30.10 |
| 29-Jan-04 | 29.82 | 30.34 | 28.45 | 29.10 | 1,245,000 | 29.10 |
| 28-Jan-04 | 32.00 | 32.44 | 30.16 | 30.40 | 809,400 | 30.40 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio    Set Alert    Email to a Friend

Get **Historical Prices** for Another Symbol: [GO] Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Case 1:05-cv-02189-CM    Document 25-5    Filed 05/05/2005    Page 14 of 16

Yahoo!   My Yahoo!   Mail

# YAHOO! FINANCE

**Sign In**
New User? Sign Up

Finance Home - Help

Search the Web [                    ] [ Search ]

Wednesday, May 4, 2005, 2:22PM ET - U.S. Markets close in 1 hour and 38 minutes.

To track stocks &

## Quotes & Info

Enter Symbol(s): [                    ] [ GO ]  Symbol Lookup | Finance Searc
e.g. YHOO, ^DJI

## Veeco Instruments Inc (VECO)

At 2:07PM ET: **13.31**


**Active Trader**


**$100 Cash Bonus**

Scottrade
$7 Online Trades
**No Inactivity Fees!**


**Free Trades**

## Historical Prices

Get **Historical Prices** for: [        ] [ GO ]

### SET DATE RANGE

ADVERTISEMENT

**Start Date:** [Nov ▼] [1] [2003]  Eg. Jan 1, 2003

**End Date:** [Feb ▼] [11] [2005]

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

[ Get Prices ]

First | Prev | Next | Last

### PRICES

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| 27-Jan-04 | 31.05 | 31.77 | 30.79 | 31.56 | 762,500 | 31.56 |
| 26-Jan-04 | 32.30 | 32.30 | 30.27 | 31.24 | 1,647,400 | 31.24 |
| 23-Jan-04 | 32.22 | 33.19 | 31.10 | 32.76 | 897,300 | 32.76 |
| 22-Jan-04 | 33.26 | 33.75 | 31.78 | 31.84 | 608,200 | 31.84 |
| 21-Jan-04 | 33.62 | 33.67 | 32.20 | 33.19 | 635,200 | 33.19 |
| 20-Jan-04 | 33.50 | 34.40 | 32.90 | 34.01 | 1,114,300 | 34.01 |
| 16-Jan-04 | 32.70 | 33.40 | 31.56 | 32.83 | 1,900,800 | 32.83 |
| 15-Jan-04 | 30.85 | 31.39 | 30.05 | 30.90 | 438,600 | 30.90 |
| 14-Jan-04 | 30.85 | 31.09 | 30.54 | 30.86 | 250,400 | 30.86 |
| 13-Jan-04 | 31.31 | 31.94 | 30.18 | 30.80 | 646,700 | 30.80 |
| 12-Jan-04 | 30.90 | 31.10 | 30.56 | 31.06 | 427,300 | 31.06 |
| 9-Jan-04 | 31.15 | 31.68 | 30.60 | 30.76 | 540,600 | 30.76 |
| 8-Jan-04 | 31.30 | 31.74 | 30.95 | 31.25 | 496,800 | 31.25 |
| 7-Jan-04 | 30.95 | 31.47 | 30.14 | 30.92 | 897,200 | 30.92 |
| 6-Jan-04 | 31.24 | 31.90 | 30.91 | 31.20 | 753,900 | 31.20 |
| 5-Jan-04 | 29.33 | 31.00 | 29.13 | 30.78 | 676,100 | 30.78 |



| | | | | | | |
|---|---|---|---|---|---|---|
| 2-Jan-04 | 28.84 | 28.95 | 28.16 | 28.35 | 254,300 | 28.35 |
| 31-Dec-03 | 28.99 | 29.20 | 28.16 | 28.16 | 243,900 | 28.16 |
| 30-Dec-03 | 28.75 | 29.02 | 28.41 | 28.79 | 268,200 | 28.79 |
| 29-Dec-03 | 28.23 | 28.79 | 28.00 | 28.73 | 291,100 | 28.73 |
| 26-Dec-03 | 27.74 | 28.36 | 27.68 | 28.12 | 116,200 | 28.12 |
| 24-Dec-03 | 27.94 | 28.24 | 27.57 | 27.60 | 128,900 | 27.60 |
| 23-Dec-03 | 27.53 | 28.05 | 27.33 | 28.00 | 188,700 | 28.00 |
| 22-Dec-03 | 27.32 | 27.52 | 26.85 | 27.45 | 198,300 | 27.45 |
| 19-Dec-03 | 27.67 | 27.75 | 26.75 | 27.10 | 382,700 | 27.10 |
| 18-Dec-03 | 26.38 | 27.52 | 26.30 | 27.44 | 253,300 | 27.44 |
| 17-Dec-03 | 26.62 | 26.77 | 25.95 | 26.35 | 160,300 | 26.35 |
| 16-Dec-03 | 26.75 | 26.82 | 25.84 | 26.68 | 410,200 | 26.68 |
| 15-Dec-03 | 28.60 | 28.63 | 26.71 | 26.90 | 970,800 | 26.90 |
| 12-Dec-03 | 27.12 | 27.70 | 26.59 | 27.61 | 473,100 | 27.61 |
| 11-Dec-03 | 25.70 | 27.23 | 25.70 | 27.07 | 373,900 | 27.07 |
| 10-Dec-03 | 25.64 | 26.36 | 25.30 | 25.75 | 360,300 | 25.75 |
| 9-Dec-03 | 26.84 | 27.10 | 25.44 | 25.48 | 509,400 | 25.48 |
| 8-Dec-03 | 26.89 | 27.32 | 26.22 | 26.75 | 377,000 | 26.75 |
| 5-Dec-03 | 27.11 | 27.25 | 26.60 | 26.90 | 563,500 | 26.90 |
| 4-Dec-03 | 28.61 | 28.69 | 27.40 | 27.98 | 507,000 | 27.98 |
| 3-Dec-03 | 29.67 | 30.25 | 28.62 | 28.68 | 462,600 | 28.68 |
| 2-Dec-03 | 29.33 | 29.65 | 29.10 | 29.19 | 302,100 | 29.19 |
| 1-Dec-03 | 29.83 | 30.14 | 29.06 | 29.41 | 351,200 | 29.41 |
| 28-Nov-03 | 29.07 | 29.50 | 28.98 | 29.50 | 112,000 | 29.50 |
| 26-Nov-03 | 29.70 | 30.23 | 28.09 | 29.07 | 803,800 | 29.07 |
| 25-Nov-03 | 29.50 | 29.70 | 28.61 | 29.20 | 589,900 | 29.20 |
| 24-Nov-03 | 28.85 | 29.35 | 28.60 | 29.33 | 471,100 | 29.33 |
| 21-Nov-03 | 29.14 | 29.28 | 28.33 | 28.65 | 562,900 | 28.65 |
| 20-Nov-03 | 27.84 | 29.70 | 27.42 | 28.66 | 1,375,700 | 28.66 |
| 19-Nov-03 | 25.93 | 27.03 | 25.91 | 26.90 | 452,900 | 26.90 |
| 18-Nov-03 | 26.32 | 26.81 | 25.86 | 25.90 | 466,700 | 25.90 |
| 17-Nov-03 | 26.13 | 26.28 | 25.59 | 26.10 | 363,600 | 26.10 |
| 14-Nov-03 | 27.50 | 27.75 | 26.25 | 26.27 | 387,400 | 26.27 |
| 13-Nov-03 | 27.21 | 27.94 | 27.00 | 27.41 | 423,600 | 27.41 |
| 12-Nov-03 | 26.04 | 27.34 | 25.89 | 27.33 | 414,300 | 27.33 |
| 11-Nov-03 | 26.11 | 26.35 | 25.50 | 25.93 | 331,200 | 25.93 |
| 10-Nov-03 | 26.94 | 26.94 | 26.10 | 26.25 | 234,900 | 26.25 |
| 7-Nov-03 | 27.14 | 27.37 | 26.89 | 26.93 | 305,800 | 26.93 |
| 6-Nov-03 | 26.90 | 27.29 | 26.42 | 26.98 | 689,200 | 26.98 |

Case 1:05-cv-02189-CM   Document 25-5   Filed 03/05/2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 5-Nov-03 | 27.09 | 27.09 | 25.94 | 26.82 | 454,500 | 26.82 |
| 4-Nov-03 | 26.30 | 27.72 | 26.20 | 27.00 | 822,600 | 27.00 |
| 3-Nov-03 | 25.76 | 26.47 | 25.51 | 26.39 | 381,300 | 26.39 |
| 31-Oct-03 | 25.85 | 26.01 | 24.83 | 25.30 | 639,100 | 25.30 |

* Close price adjusted for dividends and splits.

First | Prev | Next | Last

 Download To Spreadsheet

 Add to Portfolio      Set Alert      Email to a Friend

Get **Historical Prices** for Another Symbol: [        ] GO Symbol Lookup

• Stock Screener                                    • Splits

• Mergers & Acquisitions

---

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. S&P 500 index provided by Comstock. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.