# EXHIBIT E

PRN        Shareholder Class Action Filed on Behalf of Shareholders of
           Feb 15 2005  16:58


Veeco Instruments Inc. By The Law Firm of Schiffrin & Barroway, LLP


     RADNOR, Pa., Feb. 15 /PRNewswire/ -- The following statement was issued today by the law firm of Schiffrin & Barroway, LLP:

     Notice is hereby given that a class action lawsuit was filed in the United States District Court for the Eastern District of New York on behalf of all securities purchasers of Veeco Instruments Inc. (Nasdaq: VECO) ("Veeco" or the "Company") between April 26, 2004 and February 10, 2005, inclusive (the "Class Period").

     If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to these matters, please contact Schiffrin & Barroway, LLP (Marc A. Topaz, Esq. or Darren J. Check, Esq.) toll-free at 1-888-299-7706 or 1-610-667-7706, or via e-mail at info@sbclasslaw.com.

     The complaint charges Veeco, Edward Braun and John Rein, Jr. with violations of the Securities Exchange Act of 1934.  More specifically, the Complaint alleges that the Company failed to disclose and misrepresented the following material adverse facts which were known to defendants or recklessly disregarded by them: (1) that improper accounting procedures were in place at the Company's TurboDisc division; (2) that these improper accounting procedures caused the Company to materially overstate its net revenue for the first three quarters of 2004 by at least $7.5 million; (3) that the Company's financial statements were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"); (4) that the Company lacked adequate internal controls and was therefore unable to ascertain the true financial condition of the Company; and (5) that as a result, the value of the Company's net income and financial results were materially overstated at all relevant times.

     On February 11, 2005, before the market opened, Veeco announced that it would postpone the release of audited results for the fourth quarter and full year 2004 pending completion of an internal investigation of improper accounting transactions at its TurboDisc(R) division.  News of this shocked the market.  Shares of Veeco fell $1.90 per share, or 10.07 percent, to close at $16.96 per share on unusually high trading volume.

     Plaintiff seeks to recover damages on behalf of class members and is represented by the law firm of Schiffrin & Barroway, which prosecutes class actions in both state and federal courts throughout the country.  Schiffrin & Barroway is a driving force behind corporate governance reform, and has recovered in excess of a billion dollars on behalf of institutional and high net worth individual investors.  For more information about Schiffrin &

Copyright (c) 2005

PRN        Shareholder Class Action Filed on Behalf of Shareholders of
           Feb 15 2005  16:58


Barroway, or to sign up to participate in this action online, please visit
http://www.sbclasslaw.com.

    If you are a member of the class described above, you may, not later than
April 18, 2005 move the Court to serve as lead plaintiff of the class, if you
so choose.  A lead plaintiff is a representative party that acts on behalf of
other class members in directing the litigation.  In order to be appointed
lead plaintiff, the Court must determine that the class member's claim is
typical of the claims of other class members, and that the class member will
adequately represent the class.  Under certain circumstances, one or more
class members may together serve as "lead plaintiff."  Your ability to share
in any recovery is not, however, affected by the decision whether or not to
serve as a lead plaintiff.  You may retain SCHIFFRIN & BARROWAY, or other
counsel of your choice, to serve as your counsel in this action.


        CONTACT:  Schiffrin & Barroway, LLP
                  Marc A. Topaz, Esq.
                  Darren J. Check, Esq.
                  280 King of Prussia Road
                  Radnor, PA 19087
                  1-888-299-7706 (toll-free) or 1-610-667-7706
                  Or by e-mail at info@sbclasslaw.com


SOURCE   Schiffrin & Barroway, LLP

-0- Feb/15/2005 21:58 GMT