# EXHIBIT F

<HELP> for explanation.                                          P111 Equity **CLAC**

## Lawsuit List for Class Action

| Company Name: | Veeco Instruments Inc | | Ticker: | VECO US |
|---|---|---|---|---|
| Industry: | Semiconductor Equipment | | Price: | 14.18 USD |
| | | | | Page 1/1 |

| | File Date | Lawfirm | Class Period | Plaintiff |
|---|---|---|---|---|
| 1) | 2/15/05 | Schiffrin & Barroway LLP | 4/26/04- 2/10/05 | Shareholders |
| 2) | 2/15/05 | Law Offices of Charles J | 11/ 3/03- 2/10/05 | Shareholders |
| 3) | 2/15/05 | Goodkind Labaton Rudoff | 11/ 3/03- 2/10/05 | Shareholders |
| 4) | 2/15/05 | Schatz & Nobel PC | 11/ 3/03- 2/10/05 | Shareholders |
| 5) | 2/18/05 | Brodsky & Smith LLC | 4/26/04- 2/10/05 | Shareholders |
| 6) | 2/18/05 | Lerach Coughlin Stoia Ge | 4/26/04- 2/10/05 | Shareholders |
| 7) | 2/18/05 | Abbey Gardy LLP | 11/ 3/03- 2/10/05 | Shareholders |
| 8) | 2/21/05 | Law Offices of Brian M F | 4/26/04- 2/10/05 | Shareholders |
| 9) | 2/22/05 | Stull Stull & Brody | 4/26/04- 2/10/05 | Shareholders |
| 10) | 2/23/05 | Milberg Weiss Bershad & | 4/26/04- 2/10/05 | Shareholders |
| 11) | 3/16/05 | Murray Frank & Sailer LL | 4/ 6/04- 2/10/05 | Shareholders |
| 12) | 3/24/05 | Law Office of Alfred Yat | 11/ 3/03- 2/10/05 | Shareholders |

HIT <MENU> FOR PREVIOUS PAGE