# Exhibit A

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re VEECO INSTRUMENTS INC.
SECURITIES LITIGATION         MDL No: 1695

PLAINTIFF STEELWORKERS PENSION TRUST'S RESPONSE TO
THE MOTION OF VEECO INSTRUMENTS, INC., EDWARD H. BRAUN AND
JOHN F. REIN, JR., TO TRANSFER AND CONSOLIDATE ACTIONS
FOR PRETRIAL PROCEEDINGS

Steelworkers Pension Trust (the "Steelworkers"), a plaintiff in the securities class actions pending before two federal district courts (the "Actions") who has filed a Motion for Consolidation, for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel on April 18, 2005 (the "Lead Plaintiff Motion"), hereby responds to the Motion of Defendants Veeco Instruments, Inc., Edward H. Braun and John F. Rein, Jr. for Transfer of Actions to the Southern District of New York for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 before the Judicial Panel on Multidistrict Litigation (Defendants' "MDL Motion to Transfer and Consolidate"), as follows:

1. The Steelworkers takes no position on the issue of transfer of the Actions to the Southern District of New York. However, Steelworkers agrees that all the Actions should be consolidated, as set forth in Steelworkers' Memorandum of Law in Support of its Lead Plaintiff Motion.

Date: May 20, 2005

Respectfully submitted,

*[signature]*

BERGER & MONTAGUE, P.C.
Sherrie R. Savett, Esq.
Phyllis M. Parker, Esq.
Douglas M. Risen, Esq.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Proposed Lead Counsel for*
*Steelworkers Pension Trust*


MILBERG WEISS BERSHAD & SCHULMAN LLP
Steven G. Schulman, Esq.
Peter E. Seidman, Esq.
Sharon M. Lee, Esq.
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Proposed Liaison Counsel for*
*Steelworkers Pension Trust*

394634_01.wpd

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re VEECO INSTRUMENTS INC.
SECURITIES LITIGATION          MDL No: 1695

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. §1746, that on this 23rd day of May, 2005, I caused true and correct copies of Plaintiff Steelworkers Pension Trust's Response to the Motion of Veeco Instruments, Inc., Edward H. Braun and John F. Rein, Jr., to Transfer and Consolidate Actions for Pretrial Proceedings, to be filed with the Clerk of each District Court in which an action is pending that will be affected and to be served by Federal Express on each of the following counsel on the attached panel service list.

Dated: May 23, 2005

Phyllis M. Parker
BERGER & MONTAGUE, P.C.

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 1695 - In re Veeco Instruments Inc. Securities Litigation
Status: Pending on / /
Transferee District:          Judge:

Printed on 05/19/2005

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| Belfi, Eric J.<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | => Kershaw, Roy P. |
| Brody, Jules<br>Stull, Stull & Brody<br>6 East 45th Street<br>Suite 500<br>New York, NY 10017 | => Capitanio Group; Vogt, Eleanor L.; Vogt, Gerald J. |
| Gardy, Mark C.<br>Abbey Gardy, L.L.P.<br>212 East 39th Street<br>New York, NY 10016 | => Linzer, Barry |
| Isquith, , Sr, Fred T.<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>270 Madison Avenue<br>11th Floor<br>New York, NY 10016 | => Holthuizen, Serveas |
| Plasse, Jonathan M.<br>Goodkind, Labaton, Rudoff & Sucharow, LLP<br>100 Park Avenue<br>12th Floor<br>New York, NY 10017-5563 | => L.I.S.T., Inc. |
| Rudman, Samuel H.<br>Lerach, Coughlin, Stoia, Geller, Rudman, et al.<br>200 Broadhollow Road<br>Suite 406<br>Melville, NY 11747 | => Kantor, Bruce*; NECA-IBEW Pension Fund (The Decatur Plan)* |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | => Steelworkers Pension Trust* |
| Schatz, Andrew M.<br>Schatz & Nobel<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3202 | => LalChandani, Ratan |
| Seidman, Peter E.<br>Milberg, Weiss, Bershad & Schulman, LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | => Walker, George* |
| Serio, Robert F.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>47th Floor<br>New York, NY 10166-0193 | => Braun, Edward H.; Rein, Jr., John F.; Veeco Instruments Inc. |

Note: Please refer to the report title page for complete report scope and key.

(*Panel Attorney Service List for MDL 1,695 Continued*)                                    Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Smith, Evan J.<br>Brodsky & Smith<br>240 Mineola Boulevard, 1st Floor<br>New York, NY 11501 | ⇒ McIntosh, Andrew |
| Torell, Catherine A.<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>150 East 52nd Stret<br>30th Floor<br>New York, NY 10022-6017 | ⇒ Collins, Philip G.; Mandel, Joel |
| Yates, , Jr, Alfred G.<br>Law Office of Alfred G. Yates, Jr.<br>429 Forbes Avenue<br>519 Allegheny Building<br>Pittsburgh, PA 15219-1649 | ⇒ Grove, Timothy Joe* |

Note: Please refer to the report title page for complete report scope and key.