UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| L.I.S.T., INC., On Behalf of Itself and All Others Similarly Situated, | : | Civil Action No. 7:05-CV-02189-CM |
| | : | |
| Plaintiff, | : | **ELECTRONICALLY FILED** |
| | : | |
| | : | CLASS ACTION |
| vs. | : | |
| | : | |
| VEECO INSTRUMENTS, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ROY P. KERSHAW, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 7:05-CV-02929-CM |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| VEECO INSTRUMENTS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

NOTICE OF FILING OF NECA-IBEW PENSION FUND'S MEMORANDUM OF LAW IN
RESPONSE TO DEFENDANTS VEECO INSTRUMENTS INC., EDWARD H. BRAUN AND
JOHN F. REIN, JR.'S MOTION TO TRANSFER AND CONSOLIDATE ACTIONS FOR
PRETRIAL PROCEEDINGS

PLEASE TAKE NOTICE that proposed Lead Plaintiff NECA-IBEW Pension Fund (The Decatur Plan) ("NECA") has filed its Memorandum Of Law In Response To Defendants Veeco Instruments Inc., Edward H. Braun and John F. Rein, Jr.'s Motion To Transfer And Consolidate Actions For Pretrial Proceedings before the Judicial Panel on Multidistrict Litigation. A copy of the response is attached hereto as Exhibit A.

DATED:  May 24, 2005                          LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP


                                                       /s/ Mario Alba Jr.
                                           _____
                                                     MARIO ALBA, JR.

                                           SAMUEL H. RUDMAN (SR-7957)
                                           DAVID A. ROSENFELD (DR-7564)
                                           MARIO ALBA, JR. (MA-7240)
                                           200 Broadhollow Road, Suite 406
                                           Melville, NY  11747
                                           Telephone:  631/367-7100
                                           631/367-1173 (fax)

                                           [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba, Jr., hereby certify that on May 24, 2005, I caused a true and correct

copy of the attached:

Notice Of Filing Of NECA-IBEW Pension Fund's Memorandum Of Law
In Response To Defendants Veeco Instruments Inc., Edward H. Braun and
John F. Rein, Jr.'s Motion To Transfer And Consolidate Actions For
Pretrial Proceedings

to be served by first-class mail to all counsel on the attached service list.


    /s/ Mario Alba, Jr.
        Mario Alba, Jr.

VEECO INSTRUMENTS (SDNY)

Service List - 4/18/2005    (05-0043N)

Page 1 of  1

## Counsel For Defendant(s)

Robert F. Serio

Gibson, Dunn & Crutcher LLP

200 Park Avenue, 47th Floor

New York, NY  10166-0193

   212/351-4000

   212/351-4035 (Fax)

## Counsel For Plaintiff(s)

Jonathan M. Plasse

Christopher J. Keller

Shelley  Thompson

Goodkind Labaton Rudoff & Sucharow LLP

100 Park Avenue, 12th Floor

New York, NY  10017-5563

   212/907-0700

   212/818-0477 (Fax)


Samuel H. Rudman

David A. Rosenfeld

Mario  Alba, Jr.

Lerach Coughlin Stoia Geller Rudman & Robbins LLP

200 Broadhollow Road, Suite 406

Melville, NY  11747

   631/367-7100

   631/367-1173 (Fax)


Eric J. Belfi

Murray, Frank & Sailer LLP

275 Madison Avenue, Suite 801

New York, NY  10016

   212/682-1818

   212/682-1892 (Fax)