UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.I.S.T., INC., Individually and On Behalf of Itself and All Others Similarly Situated, | Civil Action No.: 05-CV-2189 (CM) |
| Plaintiff, | ECF Case |
| v. | |
| VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR., | |
| Defendants. | |
| Kershaw, | No. 05-CV-2929 |
| Plaintiff, | |
| v. | |
| Veeco Instruments, Inc., | |
| Defendant. | |
| McIntosh, | No. 05-CV-7446 |
| Plaintiff, | |
| v. | |
| Veeco Instruments, Inc., | |
| Defendant. | |

| | |
|---|---|
| Linzer, | No. 05-CV-7447 |
|                 Plaintiff, | |
|     v. | |
| Veeco Instruments, Inc., | |
|                 Defendant. | |
| Kantor, | No. 05-CV-7448 |
|                 Plaintiff, | |
|     v. | |
| Veeco Instruments, Inc., | |
|                 Defendant. | |
| Walker, | No. 05-CV-7449 |
|                 Plaintiff, | |
|     v. | |
| Veeco Instruments, Inc., | |
|                 Defendant. | |
| Collins, | No. 05-CV-7550 |
|                 Plaintiff, | |
|     v. | |
| Veeco Instruments, Inc., | |
|                 Defendant. | |

| | |
|---|---|
| Holthuizen, | No. 05-CV-7551 |
|                  Plaintiff, | |
|     v. | |
| Veeco Instruments, Inc., | |
|                  Defendant. | |
| Vogt, | No. 05-CV-7552 |
|                  Plaintiff, | |
|     v. | |
| Veeco Instruments, Inc., | |
|                  Defendant. | |
| Grove, | No. 05-CV-7553 |
|                  Plaintiff, | |
|     v. | |
| Veeco Instruments, Inc., | |
|                  Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2005, I caused the foregoing document to be electronically filed:

1.  Notice of Withdrawal of Counsel

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Catherine A. Torell<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>150 East 52nd Street<br>New York, NY 10022 | Mario Alba<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins LLP<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747 |

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants.

| | |
|---|---|
| Robert F. Serio<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166 | Pete E. Seidman<br>Milberg Weiss Bershad & Schulman LP<br>One Pennsylvania Plaza<br>New York, New York 10119 |
| Sherrie Savett<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Andy Schatz<br>Schatz & Nobel, PC<br>20 Church Street<br>Hartford, CT 06103 |

Dated:  November 11, 2005                       s/Shelley Thompson
                                                             Shelley Thompson, Esquire
                                                             **Labaton Sucharow & Rudoff LLP**
                                                             100 Park Avenue
                                                             New York, NY 10017
                                                             Telephone: (212) 907-0700
                                                             Facsimile: (212) 818-0477