



**PRODUCTS**  **SUPPORT**  **NEWS & EVENTS**  **ABOUT**  **INVESTORS**  **CAREERS**

- HOME
- OFFICES
  - By Region
  - By Product Line
- SEARCH
- OFFICES
- NANOTECH LABS
- REQUEST INFO

Country:  **GO**

- SHARE YOUR EXPERIENCE with Veeco Instruments

## NORTH AMERICA

### United States

- **Veeco Instruments Inc.**
  Corporate Headquarters
  100 Sunnyside Blvd. Ste. B
  Woodbury New York 11797-2902
  (516) 677-0200
  (516) 714-1200

- **Veeco Ion Beam Equipment Inc.**
  Process Equipment
  Terminal Drive
  Plainview, New York 11803
  (516) 349-8300
  (516) 349-8321

- **Veeco Metrology Group**
  AFM East Coast Applications Lab
  223 Wilmington-West Chester Pike
  Chadds Ford, PA 19317
  (610) 361-9550
  (610) 361-9551

- **Veeco Compound Semiconductor Inc.**
  MBE Operations
  4900 Constellation Dr
  St Paul MN 55127
  (651) 482-0800
  (651) 482-0600

- **Veeco Compound Semiconductor Inc.**
  TurboDisc MOCVD Systems
  394 Elizabeth Avenue
  Somerset, New Jersey 08873
  (732) 560 5300
  (732) 560-5301

- **Veeco Instruments Inc.**

## EUROPE

### England

- **Veeco Instruments Ltd.**
  Nanotech House
  Anderson Road
  Buckingway Business Park
  Swavesey, Cambridge
  CB4 5UQ UK
  44 (0) 1954 233900
  44 (0) 1954 231300

- **Veeco Instruments Ltd.**
  147 Chorley New Road
  Horwich, Balton BL6 5QE
  Greater Manchester, UK
  44 (0) 1204 668366
  44 (0) 1954 231300

### France

- **Veeco Instruments SAS**
  11 rue Marie Poussepin
  Z. I. de la Gaudrée
  B.P.43
  91412 Dourdan Cedex, France
  (33) 164 59 35 20
  (33) 164 59 72 22

### Germany

- **Veeco Instruments GmbH**
  Dynamostr. 19
  68165 Mannheim, Germany
  (49) 621 842 10 0
  (49) 621 842 10 22

### Netherlands

- **Veeco Instruments B.V.**
  Dutch Office
  Verlengde Poolseweg 34-46
  4818 CL
  Breda, The Netherlands
  31 76 524 48 50
  31 76 524 46 66

## ASIA

### China

- **Veeco Instruments (Shanghai) Co. Ltd.**
  Building A Cyber Tower,
  Suite 2311
  Beijing Hi-Tech Convention and Exhibition Center
  No.2, Zhong Guan Cun South
  Avenue
  Haidian District, Beijing 100086
  (86) 10-82512606
  (86) 10-82512609

### Japan

- **Nihon Veeco KK**
  Japan Headquarters
  5-6-10 Tsukiji, Chuo-ku, Tokyo 104-0045, Japan
  (81) 3 3549 3170
  (81) 3 3549 3175

- **Nihon Veeco KK**
  1F Shin-Osaka Nishiura Bldg.
  2-7-38 Nishi-Miyahara, Yodagawa-ku, Osaka, Japan
  (06) 6394 2551
  (06) 6394 9552
  532 0004

### Korea

- **Veeco Korea Inc.**
  Rm#1601 Tripolis-B,
  210 Keumkok-dong
  Bundang-gu, Seongnam City
  Kyounggi-do, Korea 463-943
  82-31-728-1280(T)
  82-31-728-1260(F)

### Malaysia

Support Center
4620 West 77th Street
Suite 188
Edina, MN 55435
(952) 844-0101
(952) 844-9876

- **Veeco Ion Beam Equipment Inc.**
  Ion Beam Sources
  Center of Excellence
  2330 E. Prospect
  Fort Collins, CO 80525
  (970) 221-1807
  (970) 493-1439

- **Veeco Tucson Inc.**
  Optical Profilers, Stylus Profilers and Laser Interferometers
  2650 East Elvira Road
  Tucson, AZ 85706-7123
  (520) 741-1044
  (520) 294-1799

- **Veeco Instruments Inc.**
  Process Equipment
  3100 Laurelview Court
  Fremont, CA 94538
  (510) 770-9200
  (510) 770-9320

- **Veeco Metrology, LLC**
  AFMs
  112 Robin Hill Road
  Santa Barbara, CA 93117
  (805) 967-1400
  (800) 873-9750
  (805) 967-7717

- **Veeco Metrololgy, LLC**
  SPM Probes
  5571 Ekwill Street
  Santa Barbara, CA 93111
  (805) 696-9002
  (800) 715-8440
  (805) 696-9003

- **Veeco Slider Process Equipment Inc,**
  Lapping Systems
  741 Flynn Road
  Camarillo, CA 93012
  (805) 388-6001
  (805) 388-6065

**Veeco Instruments Inc.**
Support Center
Sunny Point Complex
Lot 8-2-13 A
Jalan Batu Uban
11700 Penang, Malaysia
(60) 4659 3362
(60) 4659 3073

## Singapore

- **Veeco Asia Pte Ltd**
  11 Biopolis Way #10-05/08
  The Helios, Singapore 138667
  (65) 6773 9661
  (65) 6773 9662

## Taiwan

- **Veeco Taiwan Inc.**
  1st Floor, Building E
  No. 28 Tai Yuen Street
  Chu Pei City
  Hsinchu Hsein 302
  Taiwan
  (886) 3 552 6526
  (886) 3 552 6259

## Thailand

- **Veeco Tucson Inc. (Thailand Branch office)**
  1010 Viphavadi Rangsit Road
  8 Floor #802T,
  Shinnawatra Tower 3
  Chatujak Bangkok 10900
  66 2 9492529
  66 2 9662637

Products | Support | News & Events | About | Investors | Careers

All Contents © 2005 Veeco Instruments. All Rights Reserved.

Legal Notice and Privacy Statement