Exhibit B-1



Veeco

Solutions for a nanoscale world.

# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

Ed Braun
Chairman & CEO

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

| Data Storage | Semiconductor | Compound Semi/Wireless | Scientific Research |
|---|---|---|---|






| 80 and 160 GB; microdrives | 90 and 65 nm; 300mm | HB-LEDs, WiFi, camera cell phones | Nanotech & Life Science |
|---|---|---|---|



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**



**ION BEAM DEPOSITION**
**EPITAXIAL DEPOSTION**



**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**



**ATOMIC FORCE MICROSCOPY**
**OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H '04 REVENUE ($197.4M;UP 42%)**



- Scientific Research 28%
- Semiconductor 15%
- Wireless 23%
- Data Storage 34%

*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS



**PROCESS EQUIPMENT**

**METROLOGY**

IBE  PVD  IBD  MBE  MOVCD  PRECISION LAPPING

ATOMIC FORCE MICROSCOPY,  OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

*USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS IN KEY MARKETS, AT KEY ACCOUNTS*



# SERVING INDUSTRY LEADERS

| **MARKETS** | **PRODUCTS** | **CUSTOMERS** |
|---|---|---|
| *Data Storage* | *#1 Equipment Supplier for TFMHs;*<br><br>*Etch, Deposition, Lapping and Metrology* |  |
| *Wireless & Compound Semi* | *<u>Only</u> Broad line Equipment and Metrology Supplier*<br><br>*MBE, MOCVD (Epitaxial Deposition) and Metrology* |  |
| *Semiconductor* | *#1 3D AFM Metrology*<br><br>*Automated Atomic Force Microscopy and Optical Profilers* |  |
| *Scientific Research* | *#1 AFMs, SPMs and Optical Profilers*<br><br>*Breadth of research solutions* |  |

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law            20nm feature size
  - Areal Density          1 Tb/in²
  - Large high resolution, high brightness color displays



# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK



**2004 Forecast ...a revenue and earnings recovery year**

*Exclusive of non-recurring charges
Δ Street consensus ($M)*

**SALES**

**EBITA**

- **Our Company was founded in 1990 with sales of $30 million and went public in 1994**
- **10 year revenue growth from $86M to $413M...+17%  CG per year ('94-'04)**



# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**        Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**        Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**        Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**        Continued strength of research AFMs/SPMs
Nanoscience emerges (life sciences, material sciences genomics)

> ***The content of Veeco's enabling technologies increases in new consumer applications***



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

*TiVo*



*HDD for DVR/DVT*

**+35.9% CAGR**
**'02-'08**

*Flat Panel Display Backlighting*

**+145.7% CAGR**
**'02-'08**



*LCDs Backlighting*

**GPS**



*HDD for GPS;*
*Auto Nav.*

**+61.4% CAGR**
**'02-'08**

*These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs*

**+159.2% CAGR**
**'02-'08**

**HB-LED Headlights**



*LEDs…signs;mobile;*
*illumination*

**MP4 Video**



**+33.6% CAGR**
**'02-'08**

*HDD for Digital Cameras, Audio Players.*



*Wireless Mobile Consumer Products*

**Home Media Server**

**+71.2% CAGR**
**'02-'08**



*HDDs for Home Networking*

# VEECO IN A BROAD MULTI MARKET RECOVERY

$M

## ORDERS

*Orders doubled in 3 quarters*

| | | | | | |
|---|---|---|---|---|---|
| $72.7 | $64.0 | $64.0 | $96.8 | $117 | *$124.7M |
| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| | 2003 | | | 2004 | |

## REVENUE

*Revenue up 50% in 3 quarters*

| | | | | | |
|---|---|---|---|---|---|
| $65.8 | $73.4 | $63.1 | $76.9 | $94.5 | *$103M |
| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| | 2003 | | | 2004 | |

## EBITA

*EBITA triples in 3 quarters*

| | | | | | |
|---|---|---|---|---|---|
| $3.0 | $3.2 | $3.3 | $3.5 | $7.5 | *$9.3M |
| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| | 2003 | | | 2004 | |

*Q2 Backlog increased to $164M*



10

# VEECO GROWTH OPPORTUNITY BY MARKET



**Compound Semi/Wireless**
*(Source:Strategies Unlimited/ Lighting)*

**Semiconductor**
*(Source:VLSI Semi Equipment)*

**Data Storage**
*(Source:Trend Focus: TFMH)*

**Scientific Research**
*(Source:GNP)*

*\* 2004 Analysts' Consensus*
*\*\*\* Veeco 2005 Assuming Growth Per Industry Forecast*



# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION



**MULTIPLE PRODUCTS**
- Process Equipment 59%
- Metrology 41%

**MULTIPLE MARKETS**
- Scientific Res. 26%
- Semi/CS/Wireless 39%
- Data Storage 35%

**MULTIPLE REGIONS**
- Europe 18%
- Asia Pacific 30%
- Japan 15%
- US 37%

*Q2 2004 Sales $102.9M, up 40%*



SBC 090804-EHB

12





**MARKETS**



*There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.*





- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

*By 2010 each household will own 10 HDD's\**

## Mobile Applications

## Home Applications



**New Microdrive (.85 dia.)**



**MP4 Video**

**Laptop**



**MP3 Music (i.e., iPod)**



**Home Media Server**

**TiVo/DVR**

**Entertainment Centers/PCs**

**Game (Xbox, PlayStation, etc)**



**Mobile Phone**



**Automobile GPS Navigation**

\* Source: Hitachi Global Storage Technologies



# HARD DISK DRIVE GROWTH STORY
## *…opportunity for unit growth to double*







*CE Examples*
- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*

**SBC 090804-EHB**



# VEECO'S DATA STORAGE OPPORTUNITY: SHRINKING DIMENSIONS REQUIRE "RE-TOOLING"

Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology





# UNPRECEDENTED READER, WRITER, SLIDER AND FORM FACTOR CHANGES OCCURRING SIMULTANEOUSLY

## *TFMH Technology Changes Drive Capital Equipment Growth*



**Microdrives**



**Slider Shrinks**



**Reader & Writer Development**





- Industry's broadest line of etch, deposition and metrology

- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships

- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order

- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions

- *First half orders    $71.4M (up 45% vs '03)*
  *revenue $67.0M (up 54% vs '03)*



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS



**WAFER PROCESSES**  **ROWBAR/SLIDER PROCESSES**  **HGS, FINAL ASSY AND TEST**



# WIRELESS/TELECOM…*Q2 record Veeco orders $51.1M*

- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications.  Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- *First half orders    $90.2M up 346% vs '03*
              *revenue $45.2M up 145% vs '03*





Efficiency (lm/W)

200
120
80
40
20

**Future**

**Present**

**Illumination**

* **Indoor**
* **Outdoor**
* **Wi-MAX/Mobil Wireless Communications**

**Automotive**

* **Radar**
* **Head Lamp**
* **Stop lamp**
* **Interior**

**Mobile**

* **Flash**
* **Power Amps**
* **Backlight**
* **Keypad**

**LCD TV**
* **HD-DVD**
* **LCD Monitor**

**Sign**

Electronic Equipment

**Signal**

| ~ 2000 | 2001 ~ 2003 | 2004 ~ 2006 | 2007~ |

Source: Samsung BLUE 2004

Veeco