UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.I.S.T., INC., Individually and On Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR.,<br><br>                    Defendants. | Civil Action No.: 05-CV-2189 (CM)<br><br>ECF Case |
| Kershaw,<br><br>                    Plaintiff,<br><br>    v.<br><br>Veeco Instruments, Inc.,<br><br>                    Defendant. | No. 05-CV-2929 |
| McIntosh,<br><br>                    Plaintiff,<br><br>    v.<br><br>Veeco Instruments, Inc.,<br><br>                    Defendant. | No. 05-CV-7446 |



MEMO ENDORSED

9/25/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| | |
|---|---|
| Linzer,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Veeco Instruments, Inc.,<br><br>　　　　　　　　　Defendant. | No. 05-CV-7447 |
| Kantor,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Veeco Instruments, Inc.,<br><br>　　　　　　　　　Defendant. | No. 05-CV-7448 |
| Walker,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Veeco Instruments, Inc.,<br><br>　　　　　　　　　Defendant. | No. 05-CV-7449 |
| Collins,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Veeco Instruments, Inc.,<br><br>　　　　　　　　　Defendant. | No. 05-CV-7550 |

| | |
|---|---|
| Holthuizen,<br><br>        Plaintiff,<br><br>    v.<br><br>Veeco Instruments, Inc.,<br><br>        Defendant. | No. 05-CV-7551 |
| Vogt,<br><br>        Plaintiff,<br><br>    v.<br><br>Veeco Instruments, Inc.,<br><br>        Defendant. | No. 05-CV-7552 |
| Grove,<br><br>        Plaintiff,<br><br>    v.<br><br>Veeco Instruments, Inc.,<br><br>        Defendant. | No. 05-CV-7553 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Labaton Sucharow & Rudoff LLP hereby withdraws as counsel of record for plaintiff L.I.S.T., Inc. in the above captioned, L.I.S.T., INC., Individually and On Behalf of Itself and All Others Similarly Situated v. VEECO INSTRUMENTS, INC., EDWARD H. BRAUN and JOHN F. REIN, JR., 05-CV-2189 (CM). Plaintiff L.I.S.T., Inc. will continue to be represented by the Court-appointed Lead Counsel in the consolidated actions.

Dated: November 11, 2005

Respectfully submitted,

Shelley Thompson, Esquire
**Labaton Sucharow & Rudoff LLP**
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

627609 v1
[11/8/2005 17:50]