## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.     :
SECURITIES LITIGATION         :
------------------------------------------------------ x
------------------------------------------------------ x
THIS DOCUMENT RELATES TO   :
ALL ACTIONS              :
------------------------------------------------------ x

Case No.: 7:05-md-01695 (CM)(GAY)

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE EVIDENCE REGARDING VEECO'S USE OF FISCAL QUARTERS

# FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER DATED MAY 16, 2006