UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
                                                     :        05 MD 1695 (CM)(GAY)
IN RE VEECO INSTRUMENTS INC.                         :
SECURITIES LITIGATION                                :
                                                     :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
THIS DOCUMENT RELATES TO:                            :
SECURITIES LITIGATION                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER


### (FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER DATED MAY 16, 2006)


GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco*
*Instruments Inc., Edward H. Braun,*
*John F. Rein, Jr., and John P. Kiernan*


June 22, 2007