## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.    :    Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION    :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO    :
ALL ACTIONS    :

---------------------------------------------------------- x

### CERTIFICATE OF SERVICE

I, hereby certify that on October 26, 2007, a true and correct copy of the following:

- Lead Plaintiff's Notice of Motion and Motion for Final Approval of Settlement and Plan of Allocation;

- Lead Plaintiff's Memorandum of Law in Support of its Motion for Final Approval of Settlement and Plan of Allocation;

- Affidavit of Carole A. Broderick in Support of Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Berger & Montague, P.C.;

- Affidavit of Edward J. Sincavage, CPA Regarding Dissemination of Notice to the Class;

- Notice of Motion and Motion by Lead Plaintiff for An Award of Attorneys' Fees and Reimbursement of Expenses and Reimbursement of Reasonable Costs and Expenses to Lead Plaintiff;

- Lead Plaintiff's Memorandum of Law in Support of its Motion for an Award of Attorneys' Fees and Expenses, and Reimbursement of Reasonable Costs and Expenses to Lead Plaintiff for Representation of the Class;

- Declaration of Richard S. Hoffmann, Esquire, General Counsel of Lead Plaintiff Steelworkers Pension Trust in Support of an Award to Steelworkers for Reimbursement of Reasonable Costs and Expenses Incurred in Representation of the Class and in Support of Final Approval of the Settlement and of Lead Counsel's Application for Attorneys' Fees;

- Declaration of Carole A. Broderick, Esq. in Support of Final Approval of the Settlement, Lead Counsel's Request for Attorneys' Fees and Reimbursement of Expenses, and Award to Lead Plaintiff for Costs and Expenses; and

- Proposed Final Approval Order and Judgment of Dismissal with Prejudice with Exhibit A

were served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

***Counsel for Defendants***

_____
Phyllis M. Parker

malta432606-006.wpd